# EXHIBIT "A"

EXHIBIT "A"



ANNUAL REPORT 2005



Local knowledge. Global power.

Case 1:07-cv-00016   Document 58-1   Filed 06/14/07   Page 2 of 14 PageID #: 731

# ABOUT AEGON

AEGON is one of the world's largest life insurance and pension companies, and a strong provider of investment products. We empower our local business units to identify and provide products and services that meet the evolving needs of our customers, using distribution channels best suited to their local markets. We take pride in balancing a local approach with the power of an expanding global operation.

With headquarters in The Hague, the Netherlands, AEGON companies employ approximately 27,000 people. AEGON's three major markets are the United States, the Netherlands and the United Kingdom. In addition, the group is present in a number of other countries including Canada, China, Czech Republic, Hungary, Poland, Slovakia, Spain and Taiwan.

Respect, quality, transparency and trust constitute AEGON's core values as the company continually strives to meet the expectations of customers, shareholders, employees and business partners. AEGON is driven to deliver new thinking and our ambition is to be the best in the industry.

# CONTENTS

| | |
|---|---|
| ifc | Profile AEGON Group |
| 3 | IFRS: Its meaning and impact |

## AT A GLANCE


| | |
|---|---|
| 4 | Financial highlights |
| 6 | Geographical information |
| 8 | AEGON and the financial community |

## STRATEGY AND GOVERNANCE


| | |
|---|---|
| 10 | Chairman's letter |
| 12 | Members of the Executive Board of AEGON N.V. |
| 13 | Members and committees of the Supervisory Board of AEGON N.V. |
| 14 | Report of the Supervisory Board |
| 17 | Insight |
| 23 | Corporate governance |
| 24 | Dutch Corporate Governance Code |
| 32 | Corporate responsibility |
| 33 | Remuneration Policy and Report |

## REPORT OF THE EXECUTIVE BOARD


| | |
|---|---|
| 38 | Review of operations |
| 55 | Risk and capital management |

## AEGON AROUND THE WORLD

| | |
|---|---|
| 66 | Information about country units |
| 80 | Lines of business |

## FINANCIAL INFORMATION


### CONSOLIDATED FINANCIAL STATEMENTS OF AEGON GROUP 2005

| | |
|---|---|
| 82 | Consolidated balance sheet |
| 83 | Consolidated income statements |
| 84 | Consolidated statement of changes in equity |
| 86 | Consolidated cash flow statement |
| 87 | Notes to the consolidated financial statements |
| 172 | Group companies |
| 174 | Remuneration Executive Board |
| 176 | Share options and share appreciation rights Executive Board |
| 177 | Remuneration, share options and share appreciation rights Supervisory Board |
| 182 | Auditors' report |

### FINANCIAL STATEMENTS OF AEGON N.V. 2005

| | |
|---|---|
| 183 | Balance sheet |
| 184 | Income statement |
| 185 | Notes to the financial statements |

**Other information**

| | |
|---|---|
| 192 | Proposal for profit appropriation |
| 193 | Major shareholders |
| 195 | Auditors' report |

### ADDITIONAL INFORMATION

| | |
|---|---|
| 196 | Information based on US accounting principles |
| 201 | Quarterly results |
| 202 | Corporate and shareholder information |
| 203 | Financial calendar |
| 204 | Glossary |
| 208 | Forward-looking statements |

**Report of the Executive Board**
For the Report of the Executive Board of AEGON N.V. please refer to pages 37-64 of this Annual Report.

Case 1:07-cv-00016  Document 58-1  Filed 06/14/07  Page 4 of 14 PageID #: 733

# AEGON GEOGRAPHICAL INFORMATION

## USA

NUMBER OF EMPLOYEES 13,341, of which 2,654 agent-employees

MAIN OFFICES Baltimore, Cedar Rapids

MAIN PRODUCT AREAS Traditional life, life for account of policyholders, pensions, fixed and variable annuities, institutional guaranteed products, fee business (incl. mutual funds), accident and health insurance, life reinsurance

MAJOR CUSTOMER SEGMENTS Individuals, companies, institutions

MAIN DISTRIBUTION CHANNELS Independent agents and agent-employees, marketing companies, financial institutions, broker-dealers, wirehouses, affinity groups, direct response, worksite marketing, institutional intermediaries

www.aegonins.com
www.transamerica.com

## THE NETHERLANDS

NUMBER OF EMPLOYEES 5,698, of which 1,487 agents

MAIN OFFICES The Hague, Leeuwarden

MAIN PRODUCT AREAS Traditional life, life for account of policyholders, pensions, fee business (incl. mutual funds), accident and health insurance, general insurance, banking

MAJOR CUSTOMER SEGMENTS Individuals, companies, institutions

MAIN DISTRIBUTION CHANNELS Independent brokers, tied agents, direct marketing, franchise sales force, worksite marketing

www.aegon.nl

## UNITED KINGDOM

NUMBER OF EMPLOYEES 4,539, of which 161 agent-employees

MAIN OFFICE Edinburgh

MAIN PRODUCT AREAS Traditional life, life for account of policyholders, pensions, fee business (incl. mutual funds)

MAJOR CUSTOMER SEGMENTS Individuals, companies, institutions

MAIN DISTRIBUTION CHANNELS Financial advisors

www.aegon.co.uk

## AEGON AROUND THE WORLD
(including ADMS* offices)



■ Main markets
▲ AEGON Direct Marketing Services

* AEGON Direct Marketing Services (ADMS) is one of the operating groups of AEGON USA. Please refer to page 67 for more information.

## CANADA

NUMBER OF EMPLOYEES 674

MAIN OFFICE Toronto

MAIN PRODUCT AREAS Traditional life, pensions, variable annuities, fee business (incl. mutual funds), accident and health insurance

MAJOR CUSTOMER SEGMENTS Individuals

MAIN DISTRIBUTION CHANNELS Independent advisors, brokers, financial planners, financial institutions

www.transamerica.ca

## CHINA[1]

NUMBER OF EMPLOYEES 1,023, of which 629 agents (100%)

MAIN OFFICE Shanghai

MAIN PRODUCT AREAS Traditional life, life for account of policyholders, accident & health insurance

MAJOR CUSTOMER SEGMENTS Individuals

MAIN DISTRIBUTION CHANNELS Tied agents, banks, direct marketing, brokers

www.aegon.cnooc.com

## CZECH REPUBLIC

NUMBER OF EMPLOYEES 45

MAIN OFFICE Prague

MAIN PRODUCT AREAS Traditional life, life for account of policyholders, pensions, accident and health insurance

MAJOR CUSTOMER SEGMENTS Individuals, companies

MAIN DISTRIBUTION CHANNELS Tied agents, brokers, direct marketing

www.aegon.cz

## HUNGARY

NUMBER OF EMPLOYEES 818

MAIN OFFICE Budapest

MAIN PRODUCT AREAS Traditional life, life for account of policyholders, pensions, fee business (incl. mutual funds), accident and health insurance, general insurance

MAJOR CUSTOMER SEGMENTS Individuals

MAIN DISTRIBUTION CHANNELS Independent and tied agents, pension advisors, direct marketing, worksite marketing

www.aegon.hu

[1] 50/50 joint venture by China National Offshore Oil Corporation and AEGON N.V.

## POLAND

NUMBER OF EMPLOYEES 90

MAIN OFFICE Warsaw

MAIN PRODUCT AREAS Life for account of policyholders

MAJOR CUSTOMER SEGMENTS Individuals

MAIN DISTRIBUTION CHANNELS Tied agents, banks, brokers

www.aegonpolska.pl

## SLOVAKIA

NUMBER OF EMPLOYEES 64

MAIN OFFICE Bratislava

MAIN PRODUCT AREAS Traditional life, life for account of policyholders, pensions, accident and health insurance

MAJOR CUSTOMER SEGMENTS Individuals

DISTRIBUTION CHANNELS Tied agents, pension advisors, brokers

www.aegon.sk

## SPAIN

NUMBER OF EMPLOYEES 228, (excl. employees in joint ventures and/or partnerships)

MAIN OFFICE Madrid

MAIN PRODUCT AREAS Traditional life, life for account of policyholders, pensions, accident and health insurance

MAJOR CUSTOMER SEGMENTS Individuals, companies

DISTRIBUTION CHANNELS Financial institutions, independent and tied agents, brokers, direct marketing, worksite marketing

www.aegon.es

## TAIWAN

NUMBER OF EMPLOYEES 964, of which 612 tied agents

MAIN OFFICE Taipei

MAIN PRODUCT AREAS Traditional life, life for account of policyholders, pensions, variable annuities, accident and health insurance

MAJOR CUSTOMER SEGMENTS Individuals, companies

DISTRIBUTION CHANNELS Tied agents, brokers, banks, worksite marketing, direct marketing

www.aegon.com.tw

Case 1:07-cv-00016    Document 58-1    Filed 06/14/07    Page 6 of 14 PageID #: 735

# AEGON AND THE FINANCIAL COMMUNITY

AEGON values its many trusted relationships within the global investment community and is committed to the highest standards of both of integrity and fair disclosure. The company's international business activities are reflected in the geographical diversity of its investor base. AEGON's Investor Relations program aims to enhance shareholder value through clear communication and ensures efficient and effective access to the global capital markets. AEGON's common shares are listed on major stock exchanges including Euronext Amsterdam, the London Stock Exchange and the New York Stock Exchange. AEGON shares are included in a number of the major equity market indices. In addition, AEGON has a variety of debt instruments outstanding in various major currencies.

In order to obtain a fair valuation for its securities, AEGON is committed to ensuring that equity and fixed income investors have an accurate understanding of the company's performance and prospects. To this end, AEGON's Investor Relations program focuses on providing the international investment community with the information required to make sound investment decisions. This includes information on key factors that drive AEGON's businesses and influence its results, financial condition and value. AEGON remains committed to ensuring that both financial and non-financial information is accurately and thoroughly disclosed in a timely and consistent manner.

A major change in the financial reporting of all listed companies in the European Union took place in 2005 with the introduction of International Financial Reporting Standards (IFRS). AEGON was proactive in informing its stakeholders about this transition. Over the past two years, AEGON held a number of presentations to educate the financial community on the relevant changes in accounting standards and their effect on financial results. On April 14, 2005, AEGON was one of the first companies in the insurance industry to provide a comprehensive set of comparative key IFRS figures for 2004. Upon the publication of its first quarter 2005 results on May 11, 2005, AEGON started to report its results on an IFRS basis.

In addition to its IFRS results, AEGON believes value of new business and embedded value information should be considered in arriving at a balanced assessment of its underlying performance. AEGON supports the European Embedded Value Principles, which are aimed at improving the consistency and transparency of the life insurance industry's embedded value reporting. In keeping with its commitment to further improve disclosure, AEGON will report quarterly value of new business information, beginning with the first quarter 2006 results. Additionally, AEGON will provide information on its various business activities in a statistical supplement to be included in its quarterly earnings releases.

In 2005, AEGON completed a number of capital markets transactions that include two successful offerings of perpetual capital securities, which strengthened the capital base in a non-dilutive and cost effective manner.

With the aim of ensuring equal access to all relevant information, AEGON actively maintains contact with the financial community. Interactions with the financial community include roadshows throughout the USA, Europe and Asia, webcasts, press releases, and regularly scheduled investor days. Moreover, shareholders, bondholders and potential investors are encouraged to learn more about AEGON's businesses and management decisions aimed at achieving its strategy of long-term profitable growth in AEGON's major and developing markets. In keeping with its ongoing determination to maintain an open dialogue with the financial community, AEGON's professional Investor Relations staff is available to answer questions at any time.

INVESTOR RELATIONS
The Hague, the Netherlands: +31 (0)70 344 83 05
E-mail:gca-ir@aegon.com
Baltimore, USA: +1 410 576 45 77
E-mail: ir@aegonusa.com

**SHARE PRICE INFORMATION (IN EUR)**

|  | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Price – high | 14.25 | 12.98 | 13.47 | 28.89 | 41.85 |
| Price – low | 9.63 | 8.24 | 5.87 | 9.04 | 22.15 |
| Price – year end | 13.75 | 10.03 | 11.73 | 11.79 | 29.23 |
| Price/earnings ratio | 8.44 | 7.27 | | | |

Source: Bloomberg.

**SHARE PRICE INFORMATION (IN USD)**

|  | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Price – high | 16.78 | 16.12 | 14.80 | 26.00 | 39.96 |
| Price – low | 12.19 | 10.41 | 6.76 | 8.88 | 20.19 |
| Price – year end | 16.32 | 13.71 | 14.80 | 12.33 | 25.74 |

Source: Bloomberg.

**LISTINGS**

| | |
|---|---|
| Amsterdam | Euronext Amsterdam |
| Frankfurt | Deutsche Börse |
| London | London Stock Exchange |
| New York | New York Stock Exchange |
| Tokyo | Tokyo Stock Exchange |
| Zurich | Swiss Exchange |
| Free float of common shares* 12/31/2005 | 88% |
| Average daily trading volume 2005 (million common shares) | 8.4 |

* Percentage of outstanding common shares, excluding Treasury shares and shares owned by Vereniging AEGON.

Source: Bloomberg.

# CHAIRMAN'S LETTER



DONALD J. SHEPARD
CHAIRMAN OF THE EXECUTIVE BOARD

Dear Reader,

On behalf of the Executive Board, it is my pleasure to present AEGON's 2005 Annual Report detailing the progress we have made across our businesses in the Americas, Europe and Asia. In addition to the increased earnings reported by all major country units for the year, notable progress was made to enhance AEGON's broad-base distribution network, improve further AEGON's solid capital position and strengthen AEGON's leadership position in the growing retirement markets of the United States and Europe.

AEGON's full-year 2005 results, reported on March 9, 2006, included a 21% increase in operating earnings, matched by a 21% improvement in net income and a 9% increase in new life sales for the Group. The increased sales and earnings achieved during the year, combined with enhanced distribution and improvements in our operations, indicate that we have made good progress and are in a solid position to pursue balanced growth.

At AEGON, it continues to be our view that the life insurance and pensions business presents substantial growth opportunity. Demographic trends are creating the opportunities for life and pension companies to serve the evolving needs of individuals and families for long-term protection, asset accumulation, dissavings and wealth transfer solutions. AEGON, as one of the world's leading companies specializing in these products, is taking steps to claim its share of the potential.

In the United States, AEGON's largest country unit, we continue to serve nearly every customer segment with a broad range of life insurance, pensions and related savings and investment products, delivered through a highly diversified distribution network. The diversity of both our products and distribution channels enables AEGON USA to achieve higher economic returns over time. In the retirement market, we are focused on serving the needs arising from people living longer and having to manage their accumulated assets for a longer period of time. We are also committed to providing need-specific products and advice to the underserved middle-income segment (some 60 million households). We are developing new worksite marketing initiatives and further leveraging the expertise of our direct marketing business to capture growth internationally.

In the Netherlands, recent efforts to streamline operations and improve service to customers have yielded positive results. AEGON The Netherlands, with its expertise in the group life sector, was successful in capturing several large group pension contracts during 2005. We expect continued momentum of sales in our group life business, in addition to improved sales to individuals, as a result of new product initiatives.

In the United Kingdom, AEGON UK made considerable progress in growing its independent financial advisor network during 2005. The number of registered individuals affiliated with Positive Solutions has nearly doubled since AEGON's initial investment in 2002. Further progress was also made in broadening AEGON's product range in the UK. Growth in annuities, bonds, risk and investment products was encouraging, while AEGON UK's pension business remained strong. We remain confident about the prospects for continued growth in the evolving UK market.

Reviewing briefly other highlights of 2005, AEGON's position in Central and Eastern Europe was strengthened with the acquisition of a leading life insurance company in Poland. In Slovakia, enrollment in the pension fund which was begun in 2004 has continued to increase, and in June 2005, AEGON started operations in the Czech Republic. Furthermore, we have organized our activities in the region under the very capable leadership of AEGON Hungary's CEO.

The Central and Eastern European countries, with a population of over 65 million, where AEGON is now active, offer strong growth potential for life and pension products.

It continues to be our view that pensions represent a key growth driver for our business. Leveraging AEGON's pension expertise, we formally launched the AEGON Pension Network which has been developed with our French partners at La Mondiale to provide multi-national corporate clients with cross-border solutions. The recent addition of HDI Pensionsmanagement, a leading provider of group pensions in Germany, has added further momentum to this initiative which now covers ten European countries in addition to the United States.

In Spain, two new bancassurance joint ventures with Caja de Badajoz and Caja Navarra will serve to complement AEGON's successful partnership with Caja de Ahorros del Mediterráneo. We will be exploring additional opportunities in the bank channel in keeping with our aim to grow AEGON's presence in Spain.

During the year, we made further progress in our growth strategy for Asia. In Taiwan, recurring life business continued to be the main driver of growth during the year. However, AEGON Taiwan has also been successful in its strategy to introduce unit-linked products in the market with encouraging early results. AEGON-CNOOC received new licenses to begin operations in Beijing, as well as Nanjing which is located in the highly developed Jiangsu province of mainland China. In January of 2006, AEGON was among the first foreign insurers to receive a license to operate in Shandong, a prosperous coastal province. In addition, AEGON recently launched operations in Singapore under its well-established Transamerica brand. We have made clear our long-term commitment to China and believe that the 165 million inhabitants living in the areas where AEGON is now active are an indication of the future growth potential for our business.

AEGON successfully converted to International Financial Reporting Standards (IFRS) as of January 1, 2005. The overall objective of this major accounting change, which AEGON supports, is greater comparability among European-based

Case 1:07-cv-00016    Document 58-1    Filed 06/14/07    Page 8 of 14 PageID #: 737



PAT BAIRD
CEO AEGON USA

*A hallmark of AEGON's strategy is to concentrate on its core markets of life, pension and investment products, while at the same time developing market-leading breadth of product and distribution within that market. What do you view as the benefits of this diversity within AEGON USA?*
We see diversity as the real strength of AEGON in the United States, and consider it essential to maintaining our profitability and managing our risk. Products fall out of favor from time to time due to market, legislative and regulatory matters. At AEGON USA, other product lines pick up the pace. Thus, we can continue to grow without having to sacrifice profitability or our risk management disciplines, while more effectively managing our capital. Ultimately, diversity of both product and distribution channel allows AEGON USA to achieve higher economic returns.

A good example is our life reinsurance business, which is achieving strong growth as a result of decreasing capacity, increasing rates, tighter underwriting standards and resulting market disruption. We think that life reinsurance will continue to outpace other products for several more years and our returns in that business help offset higher reinsurance costs that we have endured as a direct carrier.

*What is your branding strategy in the US market and is having a strong brand becoming an increasingly important competitive factor?*
We continue to be a multi-brand player in the United States, but have focused more recently on building the Transamerica brand at both a retail and distributor level. Multiple brands provide us with the opportunity to sell our products through multiple distributors often in the same geographical area, thereby further penetrating a market than we would otherwise not be able to. However, some of our businesses increasingly require a strong and powerful brand at a retail level, so we will continue investing in and building our Transamerica name brand.

*How is AEGON USA positioning itself to service the changing needs of the growing number of people moving into the post-retirement phase?*
AEGON USA formed a new division called Transamerica Retirement Management, which will focus on those individuals nearing or at retirement, and provide those individuals for the rest of their lives. Many of the products needed at this stage of life have already been developed within AEGON USA.

By forming a separate and new division, we will have specialists packaging these products as needed by our customers and then communicating results relative to the customers' retirement goals.

*Some consider the United States to be a mature market. What do you view as AEGON's growth opportunities in the United States?*
We view most of our operating units as growth-oriented and still see many new opportunities emerging within our definition of core business. An example is the middle market. Sixty million households fall in the USD 25,000 to USD 100,000 annual income bracket. But there has been a 30% decrease in the number of agents covering them during the past 30 years. The result is that there has been a strong decline in households with life insurance, and currently less than half own an individual policy. A significant opportunity exists for tailored products, sold via both traditional and low-cost distribution techniques. We will launch our worksite marketing initiative over the next two years and see this as an efficient and effective channel to serve the middle market. In addition, we successfully launched a new product, Equity-Indexed Universal Life, which we think is well suited for the middle market.



A second example is our pension business, where we have more than USD 60 billion in retirement assets under management and a top five position in pensions among life insurance companies. Demographic trends remain compelling as individuals become increasingly aware that more of the retirement burden is being shifted to the individual and away from government-provided and employer-pay-all plans. As a result we view the retirement market as a key driver of profitable growth.

A third driver of growth is our opportunistic approach to leveraging AEGON USA specific skills to new markets outside the United States. Within AEGON Direct Marketing Services, for example, we are transferring a successful business model into new countries in Asia, Latin America and Europe with a low-cost, low-risk entry model. Bringing innovative distribution skills developed in the United States to new markets will continue to be a growth driver.

# 4. AEGON around the world
Information about country units and product lines



# AEGON AROUND THE WORLD
# AMERICAS

### GENERAL HISTORY
AEGON's operations in the Americas comprise AEGON USA Inc. and AEGON Canada Inc., which are collectively referred to as AEGON Americas. The companies operating in the United States are collectively referred to as AEGON USA. Reference to AEGON USA in this report refers individually or collectively to the corresponding operating companies. The companies operating in Canada are collectively referred to as AEGON Canada..

### AEGON USA
AEGON USA Inc., the principal holding company of AEGON USA, was formed in 1989 when AEGON consolidated its holding companies in the United States under one financial services holding company. Business operations are conducted through life insurance subsidiaries of AEGON USA Inc. and Commonwealth General, with licenses in every state of the United States, the District of Columbia, Puerto Rico, the Virgin Islands, and Guam.

AEGON USA's principal offices are located in Baltimore, Maryland; Cedar Rapids, Iowa; Charlotte, North Carolina; Frazer, Pennsylvania; Little Rock, Arkansas; Los Angeles, California; Louisville, Kentucky; Kansas City, Missouri; Plano, Texas; Purchase, New York; and St Petersburg, Florida.

AEGON's primary insurance subsidiaries in the United States, all of which are wholly owned, are:

- Life Investors Insurance Company of America
- Monumental Life Insurance Company
- Peoples Benefit Life Insurance Company
- Stonebridge Casualty Insurance Company
- Stonebridge Life Insurance Company
- Transamerica Financial Life Insurance Company, Inc.
- Transamerica Life Insurance & Annuity Company
- Transamerica Life Insurance Company
- Transamerica Occidental Life Insurance Company
- Veterans Life Insurance Company
- Western Reserve Life Assurance Co. of Ohio

The operations in the United States (carried out by the collective group of operating companies in the United States) primarily sell life insurance products. AEGON's operations in the United States also sell accident and health insurance, but have made the strategic decision to move away from primary health coverage a number of years ago to concentrate health operations in the supplemental coverage sector. Traditional life is AEGON USA's largest segment in business.

AEGON's subsidiary companies in the United States contain five operating groups acting through one or more of the AEGON USA life insurance companies: Agency, Direct Marketing Services, Financial Markets, Institutional Products and Services, and Pension. The group structure enables AEGON USA to manage the organization more efficiently, to identify business synergies, to pursue cross-selling opportunities, and to improve operating efficiencies. Coordinated support services complement operations by providing expertise in systems technology, investment management, regulatory compliance, and various corporate functions. Products are offered and distributed through one or more of the AEGON USA licensed insurance or brokerage subsidiary companies. The divisions referenced below are part of those subsidiary companies.

### PRODUCTS AND DISTRIBUTION
### AGENCY GROUP
The Agency Group divisions offer a wide range of insurance products through agents dedicated to selling AEGON products as well as independent agents, registered representatives, financial advisors, and specialized marketing organizations. The Agency Group targets distinct market segments ranging from lower-income clients to the advanced market with higher net-worth customers that it serves by providing various tax and estate planning products. The Agency Group consists of the following:

- Life Investors Career Agents/Independent Marketing Organizations
- Intersecurities, Inc.
- Transamerica Insurance & Investment Group
- World Financial Group
- Monumental Division
- Long Term Care Division
- Worksite Marketing

The Life Investors Agency Group/Independent Marketing Organizations target the middle to upper-income markets, selling primarily interest-sensitive and ordinary life insurance. Life Investors offers support to agencies and provides agents with quality products, technology tools, and a high-level of home office training and support. During the past few years, the Independent Marketing Organizations group has seen growth in both recruiting and sales. This unit focuses on developing relationships with independent marketing organizations and managing general agents throughout the United States.

InterSecurities, Inc. (ISI) is a fully licensed, independent broker-dealer and registered investment advisor. ISI's registered representatives are focused on helping clients meet their investment objectives through an array of financial products that include mutual funds, fixed and variable life insurance, annuities, and securities. ISI is positioning itself for growth with the active recruitment of experienced financial professionals who appreciate the value of insurance products in an overall financial plan.

Transamerica Insurance & Investment Group (TIIG), the marketing unit for Transamerica Occidental Life Insurance Company (TOLIC) and its affiliates, distributes term, fixed, and variable universal life insurance and fixed annuity products. In the United States, TIIG focuses on the upper-middle and affluent markets, in addition to a number of niche markets that include small to mid-sized businesses and various ethnic groups. TIIG also targets the upper-middle and affluent markets in the Pacific Rim, with particular emphasis on asset management and wealth transfer. TIIG has a branch in Hong Kong and, in 2005, TOLIC became the first outside insurer in fourteen years to be granted a license to operate in Singapore as a direct insurer.

Case 1:07-cv-00016   Document 58-1   Filed 06/14/07   Page 11 of 14 PageID #: 740

TIIG's primary distribution channel is a network of independent general agencies and agents. Sales of TIIG's variable products are supported by its broker-dealer affiliate, Transamerica Financial Advisors, Inc. TIIG also has a National Accounts channel through which it provides life insurance products to customers via the broker-dealer community. In 2006, TIIG will celebrate the 100th anniversary of the founding of the original Transamerica life company, Occidental Life Insurance Company.

World Financial Group (WFG) targets the middle-income market, selling variable universal life insurance, variable annuities, mutual funds, equity indexed universal life insurance, universal life insurance, and term life insurance. WFG offers its associates the opportunity to build financial services and insurance businesses on their own terms. Associates can offer securities-related products and services by becoming registered representatives of WFG's affiliated broker-dealer, World Group Securities, Inc.

The Monumental division targets the lower and middle-income markets, selling individual traditional life and supplemental health insurance through three distinct distribution systems: Career Agency, PreNeed, and Military. Approximately 2,700 agents in 22 states reflect the diversity found in the communities they serve. The career agents provide face-to-face service to the policyholders. The PreNeed unit sells life insurance products through funeral directors and their agents to pre-fund funerals. In the Military unit, former military officers market life insurance and retirement savings products to commissioned and non-commissioned officers based in the United States and abroad.

The Long Term Care division administers an existing block of insurance products designed to meet clients' long-term health care needs during retirement. Long-term care insurance products provide coverage primarily for care services provided at home, in an assisted living facility, or in a nursing home. Sales of long-term care insurance in this division were discontinued in 2005.

Transamerica Worksite Marketing offers a wide range of voluntary payroll deduction life and supplemental health insurance products for groups ranging in size from as few as five employees to more than 100,000 employees. Products marketed to employees at their workplace are designed to supplement benefit plans that they may already have, both through their employers and on their own.

### DIRECT MARKETING SERVICES GROUP

AEGON Direct Marketing Services (ADMS)is focused on customers that might not be reached by AEGON USA's other distribution channels. ADMS aims to attract clients that might prefer to buy insurance products directly and not through an agent or intermediary. For this purpose, ADMS has developed a highly targeted approach using sophisticated database technology to increase its ability to develop niche markets and design products positioned to meet specific customer needs. Customers can purchase an extensive portfolio of products through direct mail, point-of-service, internet, and telemarketing. Products are also marketed using the endorsement of sponsoring organizations such as financial institutions, auto dealers, and various membership associations.

Additionally, ADMS has applied its direct marketing expertise internationally and is now doing business in Europe, Asia, Australia, and Latin America. ADMS has developed strategic relationships with major business partners in these regions and uses their endorsement to market products via telemarketing and direct mail.

### FINANCIAL MARKETS GROUP

AEGON USA's Financial Markets Group (FMG) consists primarily of Transamerica Capital Inc., Transamerica Investment Management, LLC, and Extraordinary Markets.

Transamerica Capital Inc. (TCI) works in partnership with many of the largest banks, national and regional broker-dealers, and financial planners in the United States to market fixed and variable annuities, mutual funds, 401(k) plans, and life insurance products. The bank distribution channel is particularly important to FMG. Working closely with its partners, FMG seeks to customize products and support to help banks expand their relationship with their customers.

Transamerica Investment Management is a registered investment advisor that provides investment management services to mutual funds, institutional accounts, pension funds, variable annuity, and variable life insurance company separate accounts.



Extraordinary Markets offers fixed and variable life insurance products through independent brokers to the bank- and corporate-owned life insurance market. Extraordinary Markets' specialized team of product development, financial, actuarial and investment professionals has helped some of the world's leading financial institutions and corporations fund employee and executive benefit and compensation programs through innovative insurance and investment solutions. The market is approached opportunistically and thus sales results can vary significantly from year to year.

### INSTITUTIONAL PRODUCTS AND SERVICES GROUP

The Institutional Products and Services Group includes AEGON Institutional Markets and Transamerica Reinsurance Group.

AEGON Institutional Markets Division (IMD)is well positioned and long established in the competitive and mature institutional market. IMD entered the market with a distinctive floating-rate guaranteed investment contract (GIC) in 1982. Since then, it has significantly expanded its platform to include traditional fixed-rate GICs, funding agreements and fee-based businesses such as synthetic GICs in which IMD holds a leading market (source: reports of LIMRA International and Stable Value Investment Association, Stable Value and Funding Agreement Products, 2005 Third Quarter Sales, IMD Market Research).

IMD has been able to enhance its leadership position through product customization, strong service capabilities, and profitable underwriting. IMD's skills in product development, distribution, investment, and risk management have resulted in a diversified customer and market base and multi-channel distribution. Building on these skills, IMD is also responsible for a Structured Products group that is generally involved in various

Case 1:07-cv-00016   Document 58-1   Filed 06/14/07   Page 12 of 14 PageID #: 741

# AEGON AROUND THE WORLD
# AMERICAS

capital markets transactions such as writing credit default swaps, undertaking synthetic collateralized debt obligations, and providing guarantees of affordable housing tax credits. IMD also administers AEGON USA's block of structured settlement pay-out annuities business. New sales for this product were discontinued in 2003.

For more than 30 years, **Transamerica Reinsurance** has worked closely with life insurance and financial services companies to provide mortality risk and capital management solutions for individual life insurance and annuity products. These direct relationships result in a more complete understanding of the risks being assumed and provide valuable insights into the needs of clients and trends within the marketplace

In the United States, Transamerica Reinsurance provides traditional life reinsurance solutions for term life, universal life, variable universal life and whole life products. Reinsurance products include coinsurance, yearly renewable term (YRT) and modified coinsurance agreements. In recent years, most clients seeking reinsurance of term life insurance contracts are opting for coinsurance reinsurance agreements to achieve both mortality risk transfer and reserve financing.

Additionally, clients looking for ways to stay competitive in the individual life insurance market can work jointly with Transamerica Reinsurance experts to develop, underwrite, and administer these products. Transamerica Reinsurance offers a continuum of back office services for life insurance: product development to private label creation.

In the annuity reinsurance market, Transamerica Reinsurance offers traditional coinsurance and modified coinsurance programs as well as reinsurance of general account guarantees on variable annuity products.

Over the past five years, Transamerica Reinsurance has initiated programs to expand and diversify geographically. Offices have been established in Taiwan, South Korea, Hong Kong, Japan, Mexico, Chile, and Brazil. Transamerica Reinsurance brings value internationally through customized solutions including coinsurance financing, product development and related quota share programs, and traditional life reinsurance.

Transamerica Reinsurance writes business through various AEGON USA companies as well as offshore affiliates, Transamerica International Re (Bermuda) Ltd. and Transamerica International Reinsurance Ireland Limited.

### PENSION GROUP
The Pension Group includes Diversified Investment Advisors and Transamerica Retirement Services.

**Diversified Investment Advisors (Diversified)** is a registered investment advisory firm dedicated to retirement plan management. Diversified provides a customized approach to retirement plans, which includes comprehensive investment, administrative, and technical services for 401(k), 403(b), defined benefit, profit sharing, money purchase, NQDC, and 457(b) plan types. Diversified provides retirement products and services for the mid to large-sized pension market, which generally includes companies with between 250 and 100,000 employees and with between USD 5 million and USD 1 billion pension assets. These products and services are sold through a variety of intermediaries, including benefit consulting firms, broker-dealers, and brokers.

**Transamerica Retirement Services (TRS)** serves the markets of defined contribution retirement plans and group fixed annuity contracts to qualified retirement plan sponsors terminating their defined benefit pension plans. In the defined contribution retirement plan market, TRS provides customized retirement plan solutions for small businesses and multiple employer plans. TRS offers a full line of 401(k), profit sharing, age-weighted, and new comparability retirement plans. TRS distributes these products and services through intermediaries, including life agents, brokers, registered representatives, and financial planners, as well as through a series of strategic alliance relationships. TRS distinguishes itself from its competitors by focusing on innovative plan design and Employee Retirement Income Security Act (ERISA) expertise and by offering a broad range of investment choices and employee educational services.

TRS is also a leading provider in the market for group fixed annuity contracts for terminating defined benefit plans. This market is primarily driven by certain market forces such as merger and acquisitions, business closures, and the need for plan-related cost savings. The financial strength and stability of AEGON's insurance subsidiaries in the United States are key competitive factors as this market requires the effective management of long-term pension liabilities. Group fixed annuity products are distributed primarily through large benefit consulting firms or selected specialty brokers.

### REINSURANCE CEDED
AEGON USA reinsures portions of its life insurance exposure with unaffiliated insurance companies under traditional indemnity, quota share reinsurance contracts, and, in some instances, excess loss reinsurance. Such reinsurance arrangements are in accordance with standard reinsurance practices within the industry. AEGON USA enters into these arrangements to assist in diversifying its risks and to limit the maximum loss on risks that exceed policy retention limits. The maximum retention limit on any one life varies by product and risk classification, and is generally between USD 300,000 and USD 3,000,000.

AEGON USA remains contingently liable with respect to the amounts ceded if the reinsurer fails to meet the obligations it assumed. To minimize its exposure to reinsurer insolvencies, AEGON USA annually monitors the creditworthiness of its primary reinsurers. It has experienced no material reinsurance recoverability problems in recent years. Where deemed appropriate, additional protection is arranged through letters of credit or trust arrangements, and, for certain arrangements, funds are withheld for investment by the ceding company. AEGON USA insurance subsidiaries also enter into reinsurance contracts with affiliated domestic and offshore companies. These have been eliminated in the consolidated statements, except for certain arrangements that involve producer profit-sharing arrangements.

Case 1:07-cv-00016   Document 58-1    Filed 06/14/07   Page 13 of 14 PageID #: 742

## AEGON CANADA

AEGON Canada operates multiple insurance, financial services, investment portfolio management, and fund management businesses; it also provides wealth management solutions through its subsidiary companies. AEGON Canada's principal office is located in Toronto, Canada.

AEGON Canada's operations are divided into six business segments:

- Life insurance
- Segregated funds
- Retail mutual funds
- Mutual fund dealership services
- Retail financial planning services
- Investment portfolio management and counseling services

The primary operating companies of AEGON Canada are:

- Transamerica Life Canada
- Money Concepts (Canada) Limited
- AEGON Dealer Services Inc.
- AEGON Capital Management Inc.
- AEGON Fund Management Inc.

### PRODUCTS AND DISTRIBUTION

Transamerica Life Canada (TLC) offers term and tax-sheltered universal life insurance, segregated funds, guaranteed interest accounts, and annuities. Money Concepts (Canada) Limited (MCC) is an independent Canadian financial planning company with an association of franchised planning centers that offer a diverse spectrum of planning products and services to investors. With 57 franchises across Canada, MCC is the only franchised financial planning company in Canada. MCC franchises and representatives benefit from AEGON Dealer Services Inc. (ADSCI), which provides advisors and distributors with mutual fund and segregated fund dealership capability. These services are also provided to TLC's and AEGON Fund Management Inc. (AFM)'s advisors across Canada. AEGON Capital Management Inc. (ACM) was created in November 2001 from the spin off of the investment management division of TLC. ACM's mandate is to develop products and services for the institutional, high net-worth individual, pension, and retail markets. AFM is the mutual fund subsidiary of AEGON Canada, which offers the imaxx brand of mutual funds as well as core fund portfolios featuring select investment managers from around the world to Canadian investors seeking customized portfolio solutions.

AEGON Canada's principle means of distribution include various networks that are almost exclusively supported by independent advisors. The key channels of distribution are:

- Independently managed general agencies
- TLC-owned and operated profit center agencies
- Bank-owned national broker-dealers
- World Financial Group
- Other national, regional and local niche broker-dealers

### INVESTMENT PRODUCTS

AEGON Canada's current investment product offerings comprise the following: segregated funds, mutual funds, segregated funds offered through strategic alliances with investment management companies, guaranteed investment accounts, single premium annuities, and leverage-lending programs through strategic alliances with bank and trust companies. The imaxx range of mutual funds is offered by AFM. TLC offers all of AEGON Canada's other investment products.

### LIFE INSURANCE PRODUCTS

TLC's life products business unit provides life insurance products for individuals and companies across Canada. The portfolio includes universal life and traditional life insurance, predominantly term life and permanent life insurance, as well as accidental death and out-of-the-country medical insurance.



### REINSURANCE CEDED

In the normal course of business, AEGON Canada limits the amount of loss on any one life and on certain levels of risk in various areas of exposure by reinsuring these risks with other insurers. The maximum life insurance exposure retained on any one individual is CAD 1.25 million.

Reinsurance ceded does not discharge AEGON Canada's liability as the primary insurer. Failure of reinsurers to honour their obligations could result in losses to AEGON Canada. Consequently, AEGON Canada evaluates the financial condition of its reinsurers and monitors their credit risk to minimize its exposure to losses from reinsurer insolvency. AEGON Canada only contracts business with reinsurers who are registered with the Office of the Superintendent of Financial Institutions Canada.

Case 1:07-cv-00016   Document 58-1   Filed 06/14/07   Page 14 of 14 PageID #: 743