IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ANTHONY E. GOOCH, Individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:07-0016 JUDGE HAYNES |
| v. | ) ) | |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA; and AEGON USA, INC., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER having come before the Court pursuant to the parties' various motions relating to scheduling and briefing, and the Court having reviewed the motions and having held a hearing on July 27, 2007, it is hereby ordered as follows:

1. The parties' responses to the following motions shall be filed on or before August 3, 2007:

    (a) Defendant Life Investors' Motion to Dismiss or, in the Alternative, for Summary Judgment (Doc. #45);

    (b) Defendant AEGON USA, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. #37); and

    (c) Plaintiff's Motion for Preliminary Injunction (Doc. #35)

(collectively, the "Initial Motions").

2. Reply memoranda to the above Initial Motions shall be filed on or before August 13, 2007.

3. Life Investors' responses to the following motions shall be due 150 days following the Court's ruling upon the pending Motion to Dismiss (Doc. #45):

  (a) Plaintiff's Cross-Motion for Partial Summary Judgment as to Count I Seeking Declaratory and Injunctive Relief (Doc. #64);

  (b) Amended Motion for Preliminary Injunction (Doc. #68); and

  (c) Plaintiff's Motion for Class Certification under Rule 23(b)(2) (Doc. #66).

4. The parties may request modification of the above schedule upon written motion for good cause shown.

SO ORDERED this the 25th day of July, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge