# EXHIBIT

# "14"

# (2 of 2)

EXHIBIT "14"

1 A. Okay.

2 Q. Of Exhibit 3.

3 A. Uh-huh.

4 Q. It says, As you know, we have been examining the

5 issue of whether we are collecting the necessary

6 information. And I'm going to stop in the middle of that

7 sentence there.

8    What necessary information are you referring to

9 there?

10 A. All the necessary documents to show that there was a

11 loss incurred.

12 Q. Okay. And perhaps I can speed this up just a bit

13 here.

14    Let's turn, if we can, to the initial disclosures,

15 Bates numbered document number 12.

16 A. Okay.

17       MR. SINCLAIR: And we can make that an

18 exhibit, too. We'll make that Bates numbered LIICA12 is

19 going to be Exhibit 4.

20       (Deposition Exhibit 4 was marked.)

21 Q. (BY MR. SINCLAIR) All right. When you refer to

22 information necessary to pay claims.

23 A. Uh-huh.

24 Q. There is -- well, tell me what Exhibit 4 is?

25 A. That is a claims scanning guide scanning into our

1 image system.

2 Q. I'm sorry. What do you mean, scanning into?

3 A. It's -- we have a -- we're on a paperless computer

4 system.

5 Q. Okay.

6 A. So we scan -- this is a guide that's like the

7 documents behind it. And this is the guide that shows

8 that there are these documents behind that separates the

9 various claims.

10 Q. Okay. And that form then is it -- it says, Claims

11 Scan Guide Sheet?

12 A. Uh-huh.

13 Q. You just take the claims form and scan it in, and

14 that's what you're talking about there?

15 A. Right.

16 Q. Okay.

17 A. The mailroom will attach this and what's behind it.

18 This is a separater.

19 Q. I gotcha.

20    Now, does that sheet, which is marked as Exhibit 4,

21 have a checklist for the documents that were received in

22 prior to your memo in order to pay claims?

23 A. It's just different types. It's not -- this is done

24 by the mailroom. So it's just -- they don't know --

25 they're not a claims examiner. They don't know all the

1 documents. They just -- they label them by what they --

2 the major types of documents.

3 Q. Okay. So that's not a checklist for what's necessary

4 to process claims?

5 A. No.

6 Q. Is there a checklist for what's necessary to process

7 claims?

8 A. I don't know if there's a specific checklist.

9 There's an information sheet of what we send out.

10 Q. An information sheet. Okay. I think I know what

11 you're referring to there.

12       MR. SINCLAIR: Let me mark this as

13 Exhibit 5.

14       (Deposition Exhibit 5 was marked.)

15 Q. (BY MR. SINCLAIR) And I'll ask you if that's what

16 you're referring to? Is that the information sheet you're

17 referring to?

18 A. Yeah, this -- this goes out with the claim package.

19 Q. Okay. So when you are referring to, in your memo as

20 Exhibit 3, collecting the necessary information, you're

21 referring to your instructions for submitting a claim, as

22 we've made as Exhibit 5?

23       MR. LEVENTHAL: Objection to the form of

24 the question. Misstates what the memo said.

25 A. I'm sorry. Can you reask question?

1 Q. Sure. When you say, collecting the necessary

2 information in your memo there in Exhibit 3, are you

3 referring to the necessary information in Exhibit 5?

4 A. I'm referring to -- yes, that we are getting all the

5 information needed to show proof of loss and process the

6 claim.

7 Q. Okay. And let me direct your attention to Exhibit 5

8 now.

9 A. Uh-huh.

10 Q. Exhibit 5 is the -- it's titled, "Instructions For

11 Submitting A Claim," correct?

12 A. Uh-huh.

13 Q. And this is a version of those instructions that

14 predates your memo, correct?

15 A. Yes. December 2002.

16 Q. Okay. That's the DSI 474-1202 designation at the

17 bottom of Exhibit 5?

18 A. Yeah. That would be the date, uh-huh.

19 Q. Okay. So this is the December of '02 version for

20 instructions for submitting a claim that we're looking at

21 in Exhibit 5?

22 A. Uh-huh.

23 Q. I'm sorry?

24 A. Yes.

25 Q. Okay. And this instruction does not call for EOBS

1 from medical providers, health care providers, does it?

2 A. No, it does not.

3 Q. Actually, this is an instruction for submitting a

4 claim that covers a couple of different lines of business,

5 doesn't it?

6 A. Yes, as listed.

7 Q. Okay. And let's refer then to the instructions for

8 cancer, specified disease, hospital, and heart line of

9 business there in the text of Exhibit 5.

10    Does that call for submission of explanation of

11 benefits provided by health care providers to be submitted

12 for a claim?

13 A. I'm sorry. What was the question again? I'm sorry.

14 I was reading and I --

15 Q. Sure. That's okay.

16    In the instructions for submitting a claim for cancer

17 policies as identified in Exhibit 5, does that identify as

18 documents necessary to be submitted for a claim EOBs from

19 medical -- health care providers?

20 A. No, it -- no.

21 Q. Okay. So -- and just to get to the heart of this.

22 What your memo does is say that we need to get copies of

23 those EOBs from Blue Cross Blue Shield or Medicaid or

24 other health care providers, right?

25        MR. LEVENTHAL: Objection to the form of

1 the question. You can answer.

2 A. My memo is saying that we've -- we've found an error

3 in what we were doing, and we needed to correct it because

4 we weren't collecting all of the necessary --

5 Q. Yeah. Okay. What error are you referring to?

6 A. That we -- we were not -- that we were paying claims

7 in excess of actual charges.

8 Q. Okay. And the error, have you corrected it now?

9 A. Yes, we have.

10 Q. Okay. How did you correct that error?

11 A. Well, we put together a project team that worked on

12 procedures and forms and processes and notified, gave

13 advanced notice to the customers to -- you know, of the

14 correction and the additional forms that we were going to

15 need and implemented it.

16 Q. Any other steps that you've taken to correct what you

17 call an error?

18 A. You mean -- what do you mean specifically?

19 Q. Okay. Well, let's -- let's start off with, you put

20 together a project team. Who are the members of the

21 project team?

22 A. Staff from the claims department and Deborah and Jim

23 and couple of their staff.

24 Q. I'm sorry. Deborah?

25 A. Deborah Alexander.

1 Q. Okay.

2 A. James Byrne and let's see, Brian Kleinhelter, who's

3 -- was on Jim's staff.

4 Q. You'll have to spell that, please?

5 A. I --

6 Q. Do we just need to spell it phonetically?

7 A. Yeah. It's like K-L-E-I-N-H-E-L-T-E-R, but I'm --

8 that could be off by a couple of letters.

9 Q. Okay.

10 A. And Barbara Melton who worked for Deborah Alexander.

11 Q. Any other members of that project team?

12 A. And then Steve Gwin, Mark Edwards. For a period of

13 time the project manager Teresa Dressing, she was -- she

14 kind of started it, but then it was transitioned to Steve

15 to oversee, because she had to be moved to another project

16 at the time. The other -- there was probably somebody

17 from IT, but I don't know specifically who. That's all

18 that I can remember right now.

19 Q. Okay. You've given me the names of -- as far as

20 project team members in correcting what you've called an

21 error, you indicated that it was comprised of Deborah

22 Alexander, James Byrne, Brian Kleinhelter, Barbara Melton,

23 Steve Gwin, Mark Edwards, Teresa Dressing and an unknown

24 IT person. Any other persons that you can recall?

25 A. Kelly Adams.

1 Q. Kelly Adams.

2 A. Did I say Mark Edwards?

3 Q. You did.

4 A. Okay.

5 Q. Okay. So that project team that you refer to was put

6 together as a result of your memorandum?

7 A. Yes.

8 Q. Okay. And what was your responsibility with regard

9 to that project team?

10 A. I mean, all of those people were in my downline of

11 responsibility. They were implementing what I asked them

12 to do.

13 Q. So you were in charge of the project team?

14 A. Well, I mean, they reported -- I mean, several of the

15 staff reported to me. So I was in charge of making sure

16 that they implemented what I asked them to do.

17 Q. Well -- okay. In your -- well, who was responsible

18 for approving your proposed change?

19 A. Approving the memo?

20 Q. Yes.

21 A. No one. Me.

22 Q. Who was responsible for approving the change

23 recommended in your memo?

24 A. Well, I mean, it was approved by Kelly and myself and

25 Mark and -- well, Steve reported to Kelly. So the three

Page 102

1 of us approved it, and then we sought approval from our
2 supervisors.
3 Q. And who was that?
4 A. Brenda Clancy. Kelly's boss at the time was Chris
5 Garrett. And Mark's boss at the time was David Goldstein.
6 Q. Gold --
7 A. Goldstein.
8 Q. Okay.
9 A. Spelled just like it sounds.
10 Q. Okay. Brenda Clancy you've mentioned before. She
11 still is your boss?
12 A. Yes.
13 Q. Okay. Chris Garrett?
14 A. Yes.
15 Q. Was who's boss?
16 A. He was Kelly's boss.
17 Q. Okay. Could you give me the last name?
18 A. Kelly Adams.
19 Q. Okay. Kelly Adams reported to Chris Garnet?
20 A. Garrett.
21 Q. Garrett. Thank you. And who is he?
22 A. He is a -- well, at that time he was the head of
23 actuarial and financial for our business unit as well as
24 other business units.
25 Q. Okay. And David Goldstein, who is he?

Page 103

1 A. He's a lawyer. I mean, general counsel. Mark's
2 boss.
3 Q. Okay. He's general counsel of?
4 A. Well, I mean he's general counsel of our -- our
5 operating area, operating -- our -- you know, he's the
6 general counsel for the operational unit that I work in.
7 Q. Okay. So is he general counsel for all the companies
8 that you manage, the book of business that you manage?
9 A. He is -- I mean, he's Mark's boss. I mean, he's
10 Mark's boss. I mean, I don't know. He's Mark's boss.
11 Q. He's the general counsel. Okay.
12 A. I mean, there's other general counsels, but he's the
13 general counsel for our operating unit.
14 Q. Okay.
15 A. I just know him as Mark's boss.
16 Q. Now, did that go -- did that go somewhere up the
17 chain of command to get approval ultimately?
18 A. From them?
19 Q. Yes.
20 A. No.
21 Q. Okay. So those three individuals; Brenda Clancy?
22 A. Clancy.
23 Q. I can't read my own handwriting. Brenda Clancy,
24 Chris Garrett and David Goldstein were the persons
25 responsible for making the decision to approve your change

Page 104

1 in Exhibit 3?
2        MR. LEVENTHAL: Objection to the form of
3 the question. You can answer.
4 A. No. They -- we -- Kelly and Mark and I approved it,
5 and we sought their approval.
6 Q. Okay. And did they approve?
7 A. Yes.
8 Q. Okay. So those three individuals; Brenda Clancy,
9 Chris Garrett and David Goldstein, approved this change?
10 A. They agreed with our decision to make this
11 correction.
12 Q. Okay. So the decision was yours, but you had to get
13 approval for the decision?
14 A. I mean, it was just, I guess, normal protocol.
15 Q. I don't work in the corporate world. I don't know
16 how it works.
17    But you're telling me that you -- could you have made
18 this decision without Brenda or Chris or David approving
19 it?
20 A. I just wouldn't have.
21 Q. Okay.
22 A. I would have sought their approval.
23 Q. Okay. All right. You mentioned that in order to
24 correct what you called an error, you put together a
25 project team and you also had a change in procedures.

Page 105

1 What other procedural changes -- what procedural changes
2 did you make?
3 A. Well, we were correcting the procedures of what we
4 were requesting as documents, because as -- when Steve
5 started to talk to claims, he found that they were paying
6 in excess of actual charges and brought it to our
7 attention.
8 Q. Okay. Did he tell you how long they had been doing
9 that?
10 A. Well, he was -- he was -- he had just taken over the
11 rate increases. So he was doing his job and he was trying
12 to understand and, you know, better try to protect rate
13 increases for the insureds. And so he was trying to
14 understand, you know, the rate increase -- I mean, the
15 process.
16 Q. Were these -- was Life Investors' cancer product, was
17 that a closed book of business?
18 A. No.
19 Q. Okay. And when you talk about -- did he mention or
20 has anybody ever mentioned to you how long this error was
21 going on? How long y'all have been, in your words, paying
22 in excess of the actual charges?
23 A. I guess we've been doing it all along. But no one in
24 management was aware until Steve investigated it and found
25 out that they were paying in excess. I mean, I think

Page 102 - Page 105

1 years ago there probably wasn't a difference between those
2 list prices and actual prices.
3 Q. List prices and actual prices for?
4 A. Actual -- the actual amount of loss incurred, the
5 amount the doctor accepts for payment in full.
6 Q. Okay. Well, let me ask you. When you -- well, are
7 you aware that Mr. Gooch has been submitting claims for --
8 well, how long has Mr. Gooch been submitting claims on
9 this cancer policy, do you know?
10 A. I'm generally familiar with Mr. Gooch's claim. I
11 think seven or eight years.
12 Q. Okay. So, in your words, there's been an error
13 committed on his claim for eight years, or seven or eight
14 years?
15 A. Yes.
16 Q. Okay. So he's been overpaid, in your opinion?
17 A. Yes.
18 Q. Has anybody instituted any legal action against
19 policyholders who have this cancer policy to recover the
20 overpayment?
21 A. We were not seeking overpayments we made on our
22 error.
23 Q. Okay. Was that your decision, too?
24 A. Yes.
25 Q. Okay.

1     MR. LEVENTHAL: Before we go on, just so
2 we're clear here, because you said something in the
3 beginning of deposition about starting with the letter and
4 moving to the 30(b)(6). You're in the first area of the
5 30(b)(6) notice; is that correct?
6     MR. SINCLAIR: No, I haven't asked her
7 what the company's position -- I'm talking about her, only
8 her. The first area is claims handling procedures by Life
9 Investors or any other entity, I think is the way it
10 reads. But I -- we'll get to that. Her individual
11 knowledge is what I'm talking about now. She's not --
12     MR. LEVENTHAL: Individual knowledge.
13 Well, I'm not sure what you mean by that. I assume that
14 we're going over the change in the claims procedure.
15 She's speaking on behalf of the company with respect to
16 this memo describing the change. So we're not going to go
17 over the same thing again, are we?
18     MR. SINCLAIR: Well, that's what I
19 pointed out. I don't have any way of knowing when she's
20 talking about her personal knowledge, or when she's
21 talking about on behalf of the company.
22     MR. LEVENTHAL: Well, when we started
23 with this memo she's talking on behalf of the company.
24 There's nothing she's going to say differently on behalf
25 of the company. And this is subsumed within the first

1 subject matter of the 30(b)(6). I just want to make sure
2 that you are not going to be going over the same exact
3 thing again.
4     MR. SINCLAIR: Well, that was my proposed
5 solution and nobody took it, was to simply say, okay,
6 everything she says here is on behalf of the company.
7     MR. LEVENTHAL: That's not the case.
8     MR. SINCLAIR: Well, okay. Then --
9     MR. LEVENTHAL: Starting with this memo,
10 I mean, you asked a whole -- for two hours you asked
11 questions about subject matters that are neither her
12 letter nor the 30(b)(6) subjects. So obviously that's not
13 going to be a 30(b)(6). Starting with this memo,
14 certainly her testimony now that she's giving is 30(b)(6)
15 testimony.
16     MR. SINCLAIR: Well, I disagree with your
17 perception of the first two hours. She's made a
18 recommendation about how to administer policies. So we
19 covered her background and her skills and her
20 understanding of policies, so we would know how she made
21 this decision. That was the first two hours.
22     MR. LEVENTHAL: That's fine.
23     MR. SINCLAIR: Your recommendation is
24 that we now, in the middle of talking about her
25 individual, switch to the 30(b)(6). That's fine if she's

1 going to talk nothing but on behalf of the company from
2 here on out. I can do that, too. But, I mean, do you
3 want her talking on behalf of the company for the rest of
4 the deposition?
5     MR. LEVENTHAL: If you're going to cover
6 the 30(b)(6) subjects, like you are right now, yes. I
7 mean, this is certainly within the claims procedures since
8 1997 to the future. It's the claim procedures before and
9 after the change. That's the whole purpose of subject area
10 number 1. So, yeah.
11     MR. SINCLAIR: Okay. Well, in that case
12 we'll go ahead and mark it as Exhibit 7.
13     (Deposition Exhibit 7 was marked.)
14     MR. SINCLAIR: Let me do this. Let me go
15 ahead and provide Exhibit 7. I'll come back to 6. Okay.
16 Q. (BY MR. SINCLAIR) This is Exhibit 7. Have you seen
17 that before today?
18 A. What was the question?
19 Q. Have you seen Exhibit 7 before today?
20 A. Yes, it was shown to me by counsel.
21 Q. Okay. Is it your understanding that you are
22 designated to speak on behalf of Life Investors Insurance
23 Company as to the topics set forth, subject to the
24 objections which we received last night?
25 A. Yes, I understand that.

Page 110

1 Q. Okay.

2      MR. SINCLAIR: And I'll go ahead, and

3 just so we're clear what topics we're talking about, so

4 there's no disagreement. Since we received some

5 objections last night, I'm going to mark as Exhibit 8 the

6 handwritten notes.

7      (Deposition Exhibit 8 was marked.)

8 Q. (BY MR. SINCLAIR) Have you seen that before?

9 A. No.

10 Q. Okay.

11      MR. SINCLAIR: So let me go back, if I

12 can, now to Exhibit 6.

13      (Deposition Exhibit 6 was marked.)

14 Q. (BY MR. SINCLAIR) Let me show you Exhibit 6. Have

15 you seen Exhibit 6 before?

16 A. Yes.

17 Q. Okay. Is this the notice you were talking about

18 providing to your insureds?

19 A. Yes.

20 Q. Okay. Now, back to the procedures change that you

21 recommended, you indicated that you were going to request

22 different documents, I think is the way you put it; is

23 that right?

24 A. I don't remember exactly what I said.

25 Q. Okay. What procedural changes did you make?

Page 111

1 A. We were correcting the claims package and the

2 documents that we requested for claims and the process

3 that we -- and the process and how they were -- how they

4 were used.

5 Q. Okay. Did you notify any insurance departments or

6 any state or insurance commissioners of any state of this

7 procedural change?

8      MR. LEVENTHAL: Object to the form. You

9 can answer if you can.

10 A. I did not.

11 Q. Are you aware of anybody doing that?

12 A. I'm trying to remember. I think it was discussed,

13 but I don't -- I don't know for sure.

14 Q. Do you recall who you discussed it with?

15 A. With the project team.

16 Q. Okay. And there was a decision made not to do that,

17 or you don't recall?

18 A. I don't recall.

19 Q. Okay. Are you aware of anybody actually making

20 contact with the various insurance departments of the

21 states to inform them of this change?

22 A. I'm not aware specifically.

23 Q. Okay. All right. Now, looking at Exhibit 6, you

24 actually signed -- is that your signature on Exhibit 6,

25 page 2?

Page 112

1 A. Yes, it is.

2 Q. Okay. Vice president, chief operating officer. Are

3 you the chief operating officer for Life Investors

4 Insurance Company of America?

5 A. No, it's a working title. It's a working title.

6 It's not -- my official title is unit vice president or

7 vice president at this time.

8 Q. Unit vice president. What unit?

9 A. I was the vice president at this time for Life

10 Investors.

11 Q. Okay. But whose employee or who was your employer

12 when you signed this letter, Exhibit 6?

13 A. TransAmerica Life Insurance Company.

14 Q. Okay. Did you also sign a similar letter for the

15 TransAmerica cancer policies?

16 A. Yes.

17 Q. Okay. And did this letter here in Exhibit 6, is this

18 a letter that went out to all of the insureds?

19 A. All of the cancer or other products that have --

20 that were involved in the project.

21 Q. There were --

22 A. Other type, like heart or intensive care.

23 Q. So maybe I missed this connection. When you

24 authored Exhibit 3, which is your memo, were you talking

25 about just cancer products, or were you talking about any

Page 113

1 product that had the term, quote, "actual charges," end

2 quote, in it?

3 A. You know, part of the project team's assignment was

4 to look at products affected.

5 Q. Okay. So is your memo directed to products other

6 than the cancer policy, Mr. Gooch's cancer policy?

7 A. The memo is directed to look at what other -- if

8 there were -- what other products were affected.

9 Q. Okay. So the affected products that were affected by

10 this memo include what products?

11 A. Cancer and any others, any other products that we

12 were overpaying.

13 Q. What other products were you overpaying?

14 A. I don't remember all the specific products, but that

15 -- you know, other than I know -- well, I'm pretty sure

16 that the heart policy and possibly the intensive care

17 policy had similar, you know, errors being made.

18 Q. Okay. Did you do a different letter? Take a look at

19 Exhibit 6 now. Did you do a different letter in the text

20 for TransAmerica cancer policies, or was this --

21 A. No, the text was generally the same.

22 Q. Okay. I mean, this was just -- this was a form

23 letter?

24 A. I'm sorry.

25 Q. You were pointing to the letterhead. That would have

Page 110 - Page 113

1 changed up there at the top?

2 A. Yes.

3 Q. Of Exhibit 6?

4 A. Yes.

5 Q. Anything else that would have changed?

6 A. I don't remember specifically. I don't think so.

7 Q. Okay. Did you sign -- well, first off. Obviously,

8 you didn't sign -- how many letters did you send out?

9 A. Tens of thousands. I don't know the exact number

10 right now. I don't remember the exact number.

11 Q. Okay. Are we -- well, let me ask you. Did you send

12 out this letter across Life Investors products,

13 TransAmerica products, cancer policies specifically?

14 A. Yes.

15 Q. Okay.

16 A. With the different names.

17 Q. Yeah, obviously it's going to be addressed to the

18 individual insured.

19     How many insureds received this or some form of this

20 letter?

21 A. I don't know the specific number.

22 Q. Tens of thousands?

23 A. Thousands. I don't know the specific number.

24 Q. Okay. Let me ask you. How many cancer policies are

25 currently issued under Life Investors' name?

1 A. I don't know the specific number.

2 Q. Do you know how you'd find out?

3 A. Yeah, I know how I would find out.

4 Q. How would you find out?

5 A. I mean, I would have the information at the office in

6 a record or something, but I don't -- or I could ask

7 someone, but I don't know what it is off the top of my

8 head.

9 Q. And you've got to remember, I don't understand

10 corporate structure. So I had thought that you would go

11 to different offices and look at different records for

12 different insurance entities. But all the records are in

13 one place?

14     MR. LEVENTHAL: Objection to the form.

15 You can answer.

16 A. I mean, they're on a computer system.

17 Q. Oh, okay. So information on Life Investors and

18 TransAmerica cancer policies are all on the same computer

19 system?

20 A. They're on the same computer system, but separated by

21 statutory company.

22 Q. I see.

23 A. They're like, you know, here's Life Investors and

24 it's all -- it's -- it does Life Investors, and then

25 there's another, you know, kind of -- there's a break

1 point and then there's TransAmerica.

2 Q. Okay. So if you wanted to know, you would go to that

3 -- how many of these letters were sent out to

4 policyholders, you would go to that computer system?

5 A. Well, I wouldn't go to the computer system. I'd

6 probably go to someone in IT and ask them to run the

7 account.

8 Q. Okay. And have you done that before today?

9 A. I mean, I've done it before, but not recently that I

10 remember the numbers.

11 Q. Let me back up and ask you. As part of this project

12 team that resulted from your July 22, 2005 memo, was that

13 part of their project to look at how many policies were

14 existing that would be affected by this change?

15 A. Yes.

16 Q. And did they report to you on how many policies would

17 be affected by this change?

18 A. Not specifically when they were working the project.

19 Q. Okay. Did you look at how many policies would be

20 affected by this change before your July 22, 2005 memo?

21 A. I may have. I don't remember. I don't recall.

22 Q. Would that have been something that underwriting

23 input would have come from?

24 A. I'm sorry.

25     MR. LEVENTHAL: Objection.

1 Q. The underwriter, you said you had -- I'm sorry. I

2 said that wrong. Steve Gwin is the actuary responsible

3 for rate increases; is that right?

4 A. Yes.

5 Q. Okay. Would that have been information he provided

6 to you as to how many policies would be affected by this

7 change?

8 A. Yes.

9 Q. Okay. Now, in your Exhibit 6.

10 A. Uh-huh.

11 Q. In your May 1, 2006 letter -- well, first off let me

12 ask you. May 1, 2006, was that a date that you selected

13 for this letter to go out?

14 A. I didn't specifically select it. It was when all the

15 project work was ready to mail letters.

16 Q. Okay. Well, let me ask you. Did you sign letters --

17 these -- I want to make sure that this is a uniform

18 change. This is across -- this change in processing --

19 A. Correction.

20 Q. -- correction in processing on these cancer policies,

21 did this occur all in 2006?

22 A. Yes.

23 Q. For Life Investors?

24 A. Yes.

25 Q. And TransAmerica?

1 A. In 2006.

2 Q. All occurred in 2006?

3 A. Yes.

4 Q. Okay. All right. Let's take a look at Exhibit 6

5 then.

6 A. Uh-huh.

7 Q. Because I'm trying to -- we started off on Exhibit 3

8 talking about necessary information. And I'm trying to

9 determine what you consider to be necessary information.

10 Exhibit 6.

11 A. Okay.

12 Q. What information are you going to, as reflected in

13 Exhibit 6, now require for claims that you weren't

14 previously requiring?

15 A. We are asking for -- let me see. Do you want me just

16 to read from the letter?

17 Q. If there's a particular paragraph -- well, yes. Go

18 right ahead, read from the letter?

19 A. This says, When submitting a claim for these types of

20 benefits, it is important to submit the appropriate

21 information and documentation showing the actual charges

22 being paid to and accepted as payment by the health care

23 provider. This information is your proof of loss.

24 Submitting the correct proof of loss will help you -- will

25 help assure that the company has the necessary information

1 to pay the benefits provided under your policy.

2    So in that -- in this advanced notice that we gave to

3 the customers, we were letting them know that we were

4 going to need them to provide specific documents to show

5 proof of loss for the actual charges the doctors were

6 accepting for payment in full.

7    So we go on to tell them, you know, we -- you know,

8 they get different types of documents, and they get their

9 informational statements that show the list prices, and

10 then they also receive explanation of benefits and other

11 documents from their group health or their doctors that

12 would then reflect the amount the doctor has accepted as

13 payment in full. And that was what we're asking them to

14 submit.

15 Q. Okay. So now you require -- so now you require

16 explanation of benefit forms from health care or medical

17 insurance providers?

18 A. Well, we were -- I'm sorry. I don't understand.

19 Q. Yeah. I'm trying to understand, when you talk about

20 in your memo that the necessary information to pay claims

21 accurately. That's the Exhibit 3.

22 A. Uh-huh.

23 Q. What specific forms are you now requiring that you

24 didn't previously require?

25 A. We need the information that shows the amount that

1 the doctor or medical provider is accepting for payment in

2 full.

3 Q. Okay. All right. And that information is found in

4 what?

5 A. I mean, it's found in several forms. I mean, it's

6 not -- they could provide explanation of benefits. They

7 could provide a doctor's bill that shows the amount that

8 they're accepting for payment in full. They could provide

9 Medicare EOBs. There are more than one type.

10 Q. Okay.

11 A. Because that's the amount that the doctor, the

12 medical provider is accepting as payment in full.

13       MR. SINCLAIR: Let me go ahead and mark

14 as Exhibit 9 a document I'm going to hand you, and ask you

15 to take a look at, if you would.

16       (Deposition Exhibit 9 was marked.)

17 Q. (BY MR. SINCLAIR) Now, this is -- tell me what

18 this is, if you would, the first page of Exhibit 9?

19 A. This is the Life Investors explanation of payments

20 for explanation of benefits for Mr. Gooch.

21 Q. Okay. Do you see that there's an entry there for

22 chemotherapy on the first page for $2,351?

23 A. I see that.

24 Q. And the benefits payable is registering at 0 with a

25 remark code of S3. Do you see that?

1 A. Yes.

2 Q. Okay. And down at the bottom of that Exhibit 9,

3 first page, it says -- remark code S3 is defined there.

4 Do you see that?

5 A. Uh-huh.

6 Q. Is this what you're referring to when you say that

7 there's additional documents you require? Is this

8 particular type remark code provided in order to explain

9 what additional documents are needed?

10 A. This is a remark code that reflects that they have

11 not submitted the actual proof of loss documents that are

12 needed.

13 Q. After the change?

14 A. The correction.

15 Q. After the correction?

16 A. I mean, we were paying -- we were paying in excess

17 and we can't do that. Once we figured it -- once we found

18 it, we -- we can't continue to pay people wrong.

19 Q. Okay. So before the change -- before the change you

20 didn't need additional information like, quote, "A summary

21 notice from Medicare or Medicaid or an explanation of

22 benefits from your other insurance," end quote?

23 A. I'm sorry. Ask me again?

24 Q. Sure. In order to pay the claim before the change,

25 as reflected in Exhibit 3.

Page 122

1 A. Uh-huh.

2 Q. Before that change, you didn't need explanation of
3 benefits from other insurance companies in order to pay
4 claims, did you?

5        MR. LEVENTHAL: Objection to the form of
6 the question. You can answer.

7 A. Before we corrected the procedures, we didn't know
8 that we were not receiving the actual charges. The reason
9 we changed it is because we found we were paying in excess
10 of actual charges, and we needed to correct the procedures
11 that the examiners were using.

12 Q. Okay. So now the new documents for the, quote,
13 "necessary information," end quote, reading from your
14 memo, now is defined as including EOBs from other
15 insurance companies?

16 A. That is one type.

17 Q. Okay. Well, it could be a summary notice from
18 Medicare or Medicaid as well?

19 A. Yes.

20 Q. Okay. It could be a statement from your provider
21 showing payments and/or adjustments for each treatment,
22 correct?

23 A. The amount that the provider is accepting for payment
24 in full.

25 Q. Okay. Well, let me ask you. Are you now requiring

Page 123

1 for all the insureds that they provide this additional
2 information?

3 A. Yes.

4 Q. So you're not treating Mr. Gooch any differently?

5 A. No.

6 Q. Okay. Everybody who has a Life Investors cancer
7 policy is --

8 A. Everyone has to show proof of loss.

9 Q. And that proof of loss now includes these additional
10 documents we've just defined?

11 A. It is -- I mean, everyone has to show proof of loss.

12 Q. Okay.

13 A. And there's -- I mean, everyone has to show proof of
14 loss.

15 Q. Mr. Gooch isn't being treated any differently in what
16 he's required to submit for proof of loss, is he?

17 A. No.

18 Q. Okay. Let me ask you, do you even process a claim
19 without having this additional proof of loss documents
20 that you're talking about?

21        MR. LEVENTHAL: Objection to the form.
22 You can answer.

23        MR. SINCLAIR: Sure. I'll rephrase.

24 Q. (BY MR. SINCLAIR) Do you even begin the process of
25 processing the claim internally until you receive this

Page 124

1 additional information?

2        MR. LEVENTHAL: Objection. Go ahead.

3 A. I mean, we begin the process. We put it in the
4 system and we send back this -- this requesting the
5 correct proof of loss documents.

6 Q. Okay. And you do that for everybody?

7 A. Uh-huh. Yes.

8 Q. Now -- well, let me ask you. Mr. Gooch's case for
9 example, he has other insurance companies, correct?

10 A. Yes.

11 Q. Okay. And he has, for example, Blue Cross Blue
12 Shield coverage, right?

13 A. Yes.

14 Q. Okay. So Mr. Gooch's claim on this cancer policy
15 wouldn't be paid until he provided the Blue Cross
16 explanation of benefits?

17 A. It wouldn't have to -- I mean, he could provide the
18 doctor's statement showing what the doctor accepted as
19 payment in full.

20 Q. From?

21 A. From the medical provider. I mean, if he couldn't
22 get the explanation of benefits, he has other ways of
23 showing that -- of showing that -- what amount was actual
24 true loss incurred and provide this -- the doctor's -- I
25 mean, if the doctor shows how much he accepted, I mean, it

Page 125

1 wouldn't make sense to pay more than what the doctor got
2 paid. So he could show what the doctor received and
3 accepted as payment in full.

4 Q. Okay. So if, for example, Mr. Gooch didn't have any
5 other insurance, you wouldn't process his claim?

6        MR. LEVENTHAL: Objection to form. Go
7 ahead.

8 A. I don't understand the question.

9 Q. Sure. I mean, you've indicated that the necessary
10 information to now pay a claim includes summary notices
11 from Medicare or Medicaid, EOBs from other insurance
12 companies, or a statement from your provider showing the
13 payments and/or adjustments, right? That's the necessary
14 information now that we've got this change in place?

15 A. And he would just provide -- he would just provide
16 the doctor's statement showing how much the doctor
17 accepted as payment in full and we pay that, whatever that
18 amount is.

19 Q. So if he didn't have any other insurance you'd take
20 the doctor's statement?

21 A. We would take whatever the doctor accepted as payment
22 in full.

23 Q. So he would have to pay his doctor's bill before you
24 would pay a claim?

25 A. No. The doctor would show how much he is requiring

Page 122 - Page 125

Page 126

1 him to pay.

2 Q. What about --

3 A. Whatever his loss is. If his loss or his actual

4 amount that is due, he has a liability to a doctor. And

5 whatever that amount is, is what we would pay.

6 Q. What if the doctor out of the goodness of his heart

7 wrote off one of the chemotherapy treatments, and just

8 said, Mr. Gooch, I'm going to let you have this one for

9 free. Would you pay that claim?

10 A. He didn't have a loss at that point. He had no

11 liability.

12 Q. So for insureds policyholders, cancer policyholders,

13 who don't have any insurance or any ability to pay their

14 medical bills, are you paying anything on their claims

15 now?

16 A. Whatever the doctors are showing that they expect for

17 payment.

18 Q. Okay.

19 A. In full.

20 Q. Let me move on if I can then back to your memo. I

21 think -- have I asked you or have you provided me all of

22 the information for -- let me rephrase this. I was trying

23 to ask you what is now considered necessary information.

24 Have you told me what you now consider to be necessary

25 information to pay a claim?

Page 127

1          MR. LEVENTHAL: Objection to the form of

2 the question.

3 Q. You're not sure?

4 A. I don't --

5 Q. We --

6 A. We have skipped around so much.

7 Q. And I'm sorry. If we look at Exhibit 3. We started

8 out with that first sentence saying, We are collecting the

9 necessary information to pay claims. Do you see that?

10 A. Yes.

11 Q. Have you told me what is now considered to be the

12 additional necessary information, beyond that which is

13 exhibited in Exhibit 5? Does that make anymore sense?

14          MR. LEVENTHAL: Objection. Go ahead.

15 A. Let me see here. We require a claim form. We

16 require attending physician statement. We require a

17 pathology report. We require a proof of loss. We have

18 several fraud and HIPPA statements, things like that. I

19 believe they were all in a package. I'd have to look at

20 the old package and the new package to see if there's

21 anything in there. We update claims packages all the

22 time, because the laws change and we have to require

23 additional authorities and fraud information and things

24 like that because of HIPPA.

25 Q. Okay. Let's go back to your memo now. You continue

Page 128

1 on in the first sentence there to, Life Investors

2 Insurance Company of America and TransAmerica Life

3 Insurance Company.

4 A. Uh-huh.

5 Q. And then you put in parens, or predecessor companies.

6 Are there other books of business that are affected by

7 this other than TransAmerica and Life Investors?

8 A. Both of those companies have had other companies that

9 have been merged into them. And that is a reference of

10 what we internally always say, policy may have been

11 previously issued on a different insurance company name,

12 and it includes any policies that were on those other

13 companies' names that are now Life Investors and

14 TransAmerica.

15          (A recess was had.)

16 Q. (BY MR. SINCLAIR) Let me ask you, do you know who

17 drafted this policy, Mr. Gooch's policy?

18 A. No, not specifically I don't.

19 Q. Do you know generally who drafted it?

20 A. No. I don't know the personnel that were there when

21 this was drafted.

22 Q. Do you know who's responsible for drafting the

23 policies?

24 A. I don't know who does them today. That person

25 reports to me.

Page 129

1 Q. I'm sorry. You have oversight for drafting policies?

2 A. Product implementation.

3 Q. Who is that?

4 A. Doug Simino.

5 Q. Doug Simino. So Mr. Simino is the assistant vice

6 president for product implementation and document

7 management, right?

8 A. Right.

9 Q. And he reports directly to you?

10 A. Yes, he does.

11 Q. And he's responsible for the drafting of policies?

12 A. His team is responsible for drafting and filing the

13 policies.

14 Q. Okay. Let me ask you this. Do you understand you've

15 been designated to -- and I'm going to try to read the

16 handwriting on Exhibit 8 here -- you've been designated to

17 testify on behalf of Life Investors Insurance Company as

18 to the drafting of this original policy, and identity of

19 people involved in drafting; is that correct?

20 A. Uh-huh, yes.

21 Q. Okay. What did you do to educate yourself as to --

22 or inform yourself, I should say, as to who was

23 responsible or who drafted the original policy?

24 A. I talked to a person, the oldest person at the

25 company, to see if he knew who drafted the policy.

Page 130

1 Q. I don't think you mean to say oldest person.
2 A. Longest tenure. Sorry. Somebody that might have
3 been involved in the process.
4 Q. And who was that?
5 A. Dave Callen.
6 Q. And what does Mr. Callen do?
7 A. He currently works in the legal department.
8 Q. Is he a lawyer?
9 A. No.
10 Q. What does he do?
11 A. He helps research. He reviews policy forms. Just
12 different -- just different types of review and research
13 and things like that. I don't really know specifically.
14 Q. Do you know what his title is?
15 A. No.
16 Q. But you went to speak with Mr. Callen?
17 A. With counsel.
18 Q. With counsel?
19 A. Yes.
20 Q. Okay. Did you go out and try to get some documents
21 to answer that question of who drafted the policy?
22 A. No, not other than speaking to him.
23 Q. Did you look into any old versions of this policy?
24 A. No.
25 Q. Did you look at any changes that may have been made

Page 131

1 to this policy?
2 A. No.
3 Q. Can you identify any of the people involved in
4 drafting this policy?
5        MR. LEVENTHAL: Objection to the form.
6 Go ahead.
7 A. No.
8 Q. Is there somebody who would be better suited to ask
9 that question of, anybody besides Mr. Callen?
10 A. No.
11 Q. There's nobody else that you're aware of that would
12 know who was involved in drafting the policy?
13 A. There's no one else aware.
14 Q. Okay. Mr. Callen told you that he didn't have any
15 information on that?
16 A. He didn't remember specifically who drafted it. And
17 whoever it would have been was no longer with the company.
18 He didn't -- he didn't remember specifically. He was in a
19 role where he was responsible for reviewing of the
20 policies and things like that at the time.
21 Q. Who was that person that's no longer with the
22 company?
23 A. He doesn't remember who it was.
24 Q. Oh. I thought you indicated to me that Mr. Callen
25 had told you that maybe somebody, his predecessor perhaps

Page 132

1 was aware of who it would have been?
2 A. No, I didn't say that.
3 Q. Is there anybody who might be aware of who it would
4 be that had a hand in drafting this policy?
5 A. No. He was unaware of anyone that would know.
6 Q. Is there anybody else you could ask, or anything that
7 you could request that would identify the people involved
8 in drafting this policy?
9 A. Mr. Callen would have been the most knowledgeable.
10 That's why I talked to him.
11 Q. Is there a database of --
12 A. Not at that time there wasn't.
13 Q. There wasn't?
14 A. No.
15 Q. What time period are we talking about when this
16 policy was drafted?
17        MR. LEVENTHAL: Objection to the form.
18 Go ahead.
19 A. I don't know the specific year when this was filed,
20 this particular policy was filed. I don't know the
21 specific year.
22 Q. When was it that you went electronic? How far back
23 can you reach on the database?
24        MR. LEVENTHAL: Objection to the form.
25 Go ahead.

Page 133

1 A. I don't know the specific year. It would have been
2 in the last few years.
3 Q. Okay. Let's move on to area number 3. Are you the
4 person most conversant with the meaning of the policy
5 terms?
6 A. I am very familiar with the policy terms. I've
7 worked with these types of products for 20 years.
8 Q. Have you worked on this particular policy for 20
9 years?
10 A. Not this particular policy, but similar policies.
11 Q. Cancer policies?
12 A. All the way back to when I was in customer service, a
13 cancer policy of a similar type.
14 Q. Okay. Have you told me all -- I've been asking you
15 questions about who was involved in the change or the
16 process change. Do you remember those questions?
17 A. Correction, yes.
18 Q. Correction, as you say. Okay. I did mean to ask
19 you. When you were talking about this correction, I think
20 you indicated that you had overpaid, the company had
21 overpaid?
22 A. We were paying in excess of the actual charges.
23 Q. Did somebody tell you how much you had overpaid?
24 A. No.
25 Q. Nobody had done that calculation?

1 A. No. There would be no way to figure that out.

2 Q. You have to go back and get different proofs of loss,

3 is that what you're saying?

4 A. I wouldn't know how to do that.

5 Q. Okay. Did somebody tell you how much you would you

6 save from making this correction?

7 A. No.

8 Q. Nobody did that calculation?

9 A. No. We were focused on trying to stop rate

10 increasing our customers.

11 Q. You said that before. I see what you're saying. One

12 of the persons who pointed this, I think you called it an

13 error, out was the person responsible for rate increases,

14 right?

15 A. Yes.

16 Q. And he was saying, we're going to have to increase

17 rates; is that what happened?

18 A. Yes.

19 Q. Let me ask you this. You've been designated to speak

20 on behalf of Life Investors Insurance Company of America

21 as to the consideration and approval of the manner in

22 which benefits were paid, i.e., documentation required for

23 proof of claim. Is that correct?

24 A. That is correct.

25 Q. Have you told me of all the corrections in the

1 documentation requirements that have been undertaken by

2 the company?

3        MR. LEVENTHAL: Objection to the form. I

4 hope so.

5 A. Everything that I can think of. We've gone through

6 this two times. I can't think of anything else.

7 Q. Area of testimony number 5. You've been designated

8 to speak on behalf of Life Investors Insurance Company of

9 America as to the identity of the people involved

10 concerning the consideration and approval of manner in

11 which benefits were paid; i.e., documentation for proof of

12 claim. Is it your understanding you've been designated to

13 speak on behalf of the company on that topic?

14 A. Yes.

15 Q. Have you already told me of all of the persons

16 involved in the consideration and approval of the manner

17 in which benefits were paid, i.e., documentation required

18 for proof of claim?

19 A. What's the question?

20 Q. Have you told me -- have you identified all of the

21 people involved in this change?

22 A. Everyone I can remember.

23 Q. Okay.

24        MR. SINCLAIR: Let's take a break.

25        (A recess was had.)

1        MR. SINCLAIR: I don't have anymore

2 questions at this time. I want to thank you for coming

3 out on a Saturday. I'm sorry we had to drag you out here

4 for this.

5        MR. LEVENTHAL: I may have some

6 questions. I'm going to take a three minute break and

7 we'll let you know.

8        (A recess was had.)

9        EXAMINATION

10 BY MR. LEVENTHAL:

11 Q. Back on the record. Ms. Whitlock, I have a couple of

12 quick questions. Do you recall the letter that was marked

13 as Exhibit 6? It was a letter to Mr. Gooch.

14 A. Yes.

15 Q. And that letter explained that the company made a

16 change in its claim forms or correction in its claim

17 forms, to make sure it received a more accurate proof of

18 loss, is that correct?

19        MR. SINCLAIR: Objection to the form.

20 A. That is correct.

21 Q. Did the changes in the letter reflect the change in

22 the company's interpretation of the term, actual charges,

23 in the policy?

24 A. No.

25 Q. Did the company ever change its interpretation of the

1 term, actual charges, to the best of your knowledge, in

2 the policy?

3 A. No, we did not.

4 Q. Did the company ever change the definition of, actual

5 charges, in the policy?

6 A. No, we did not.

7 Q. In the policy what is the connection between a loss

8 incurred language and the actual charges language?

9        MR. SINCLAIR: Objection to the form.

10 A. The loss incurred language is part of the overriding

11 ensuring clause of the policy, that there must be a loss

12 incurred for benefits to be payable.

13 Q. Okay. I think you said that persons on the claims

14 department who handled claims for Life Investors cancer

15 insurance policies report to you?

16 A. Yes, they do.

17 Q. Are there any employees of Aegon USA, Inc. working on

18 the claims for Life Investors cancer insurance policies?

19        MR. SINCLAIR: Objection to the form.

20 A. No, there is not.

21 Q. Does Aegon USA, Inc. have any involvement with Life

22 Investors cancer insurance policies?

23 A. No, they don't.

24 Q. I think earlier you mentioned that Aegon USA, Inc.

25 had corporate employees, you believe they have corporate

Page 138

1 employees in Iowa and Maryland.  Do you know for a fact

2 whether Aegon USA, Inc. has payrolled employees in Iowa or

3 Maryland.

4          MR. SINCLAIR:  Objection to the form.

5 A.   No, I don't know if their actual payroll is on -- is

6 under that.

7 Q.   Do you know whether Aegon USA, Inc. has employees in

8 Iowa or Maryland?

9 A.   No, I don't.

10          MR. LEVENTHAL:  That's all.  Thank you.

11          MR. SINCLAIR:  Thank you very much for

12 coming out.

13          (WHEREUPON, the above-entitled deposition

14 was concluded at 11:45 a.m..)

15          * * * * *

16

17

18

19

20

21

22

23

24

25

Page 139

1          C E R T I F I C A T E

2 STATE OF ARKANSAS)

              )ss.

3 COUNTY OF WHITE  )

4 RE:  ORAL DEPOSITION OF CONNIE WHITLOCK:

5      I, JEFF BENNETT, CCR, LS #19, a Notary Public in and

6 for White County, Arkansas do hereby certify that the

7 facts stated by me in the caption of the foregoing

8 deposition are true; and that the foregoing deposition

9 was transcribed by me, or under my supervision, on the

10 Computerized Transcription System from my machine

11 shorthand notes taken at the time and place set

12 out on the caption hereto, the witness being first duly

13 cautioned and sworn, or affirmed, to tell the truth, the

14 whole truth, and nothing but the truth.

15      I FURTHER CERTIFY that I am neither counsel for,

16 related to, nor employed by any of the parties to the

17 action in which this deposition was taken; and further,

18 that I am not a relative or employee of any attorney or

19 counsel employed by the parties hereto, nor financially

20 interested, or otherwise, in the outcome of this action.

21      GIVEN UNDER MY HAND AND SEAL OF OFFICE on this

22 25th day of July, 2007.

23

              _____

              JEFF BENNETT, CCR, LS Certificate

24               #19, Notary Public in and for White

              County, Arkansas

25 My commission expires 11-29-2010

Case 1:07-cv-00016  Document 65-12  Filed 08/03/07  Page 13 of 23 PageID #: 1586

111:25

20 [1] 133:7,8

**—#—**

**#19** [3] 3:5 139:5,24

**—$—**

**$2,351** [1] 120:22

**—'—**

**'02** [1] 97:19
**'86** [4] 20:25 22:23 24:17 25:5
**'93** [1] 21:12
**'94** [10] 21:12 22:23 24:17 24:24 25:5,9,10,18,24 27:24
**'95** [1] 28:3
**'96** [2] 28:3,6
**'97** [4] 26:13 28:18,24 29:3
**'98** [2] 26:13 28:18,24 29:4

**—0—**

**0** [1] 120:24

**—1—**

**1** [7] 2:8 6:11,12 80:21 109:10 117:11,12
**10** [5] 5:13,15,17 9:10 65:14
**100** [2] 59:11 73:25
**1032** [2] 81:7,22
**1033** [3] 80:22 81:7,22
**109** [1] 2:14
**11-29-2010** [1] 139:25
**110** [2] 2:13,15
**11:45** [1] 138:14
**12** [1] 94:15
**120** [1] 2:16
**136** [1] 2:6
**139** [1] 2:18
**14** [1] 2803:12
**140** [1] 2:19
**14th** [1] 3:4
**15** [2] 44:14 65:14
**17** [1] 69:23
**18** [1] 5:9
**1986** [3] 18:8 23:5,20
**1994** [10] 23:5,20 24:5,10 24:20,22 25:1,13,17 26:1
**1996** [1] 26:1
**1997** [3] 69:18,23 109:8
**1998** [1] 29:22
**1:07-0016** [1] 2803:6

**—2—**

**2** [18] 2:9 69:11,12,16 70:20,24 73:9,10 74:6,14 75:14,21 76:3,5,8,16 77:9

**2001** [1] 32:25
**2002** [1] 97:15
**2005** [4] 84:11 85:18 116:12,20
**2006** [5] 117:11,12,21 118:1,2
**2007** [2] 3:4 139:22
**2007]** [1] 2803:12
**2100-A** [1] 2803:17
**22** [4] 84:11 85:18 116:12 116:20
**22nd** [2] 86:24 87:15
**25th** [1] 139:22

**—3—**

**3** [21] 2:3,4,10 81:23,24 83:7 84:12 86:12,16 88:6 88:16 94:2 96:20 97:2 104:1 112:24 118:7 119:21 121:25 127:7 133:3
**30** [15] 6:18 7:5,22 8:1,2,5 8:22 107:4,5 108:1,12,13 108:14,25 109:6
**35209** [1] 2803:18

**—4—**

**4** [6] 2:5,11 94:19,20,24 95:20
**40** [1] 24:2
**450** [1] 2803:18
**474-1202** [1] 97:16

**—5—**

**5** [13] 2:12 96:13,14,22 97:3,7,10,17,21 98:9,17 127:13 135:7
**500** [1] 2803:21
**5th** [1] 70:23

**—6—**

**6** [33] 2:8,13 6:18 7:5,22 8:1,2,5,22 107:4,5 108:1 108:12,13,14,25 109:6,15 110:12,13,14,15 111:23 111:24 112:12,17 113:19 114:3 117:9 118:4,10,13 136:13
**69** [1] 2:9

**—7—**

**7** [6] 2:14 109:12,13,15,16 109:19
**72203-8063** [1] 2803:25
**777** [1] 2803:21

**—8—**

**8** [4] 2:15 110:5,7 129:16

**8063** [1] 2803:24
**81** [1] 2:10
**8:30** [1] 3:7

**—9—**

**9** [5] 2:16 120:14,16,18 121:2
**925** [1] 3:6
**94** [1] 2:11
**96** [1] 2:12

**—A—**

**a.m** [2] 3:7 138:14
**ability** [1] 126:13
**above-entitled** [1] 138:13
**above-styled** [1] 3:3
**accepted** [7] 118:22 119:12 124:18,25 125:3 125:17,21
**accepting** [5] 119:6 120:1,8,12 122:23
**accepts** [1] 106:5
**accident** [2] 44:6 51:11
**account** [1] 116:7
**accountant** [4] 27:15 28:4,10 38:18
**accounting** [5] 26:21 27:1,14,25 28:2
**accurate** [1] 136:17
**accurately** [2] 93:19,21 119:21
**acronym** [2] 71:13 81:5
**Act** [1] 15:18
**action** [4] 2803:6 106:18 139:17,20
**activities** [1] 5:12
**actual** [24] 33:9 77:1,4 99:7 105:6,22 106:2,3,4,4 113:1 118:21 119:5 121:11 122:8,10 124:23 126:3 133:22 136:22 137:1,4,8 138:5
**actuarial** [1] 102:23
**actuary** [7] 85:11 89:12 89:21 93:5,11,14 117:2
**AD&D** [1] 45:2
**Adams** [11] 85:5,15,22 85:22 87:6,20 90:2 100:25 101:1 102:18,19
**additional** [14] 43:1,3 91:9,10 99:14 121:7,9,20 123:1,9,19 124:1 127:12 127:23
**address** [1] 69:21
**addressed** [1] 114:17
**adjustments** [2] 122:21 125:13
**admin** [1] 48:9
**administer** [1] 108:18
**administered** [1] 27:2
**administering** [1] 43:24

**administration** [9] 12:12 13:2,24 14:22 16:19 29:19 43:14 45:9 46:6
**administrative** [11] 12:16,21,24 13:3,17 16:16 16:20 17:4,14 53:5,13
**administrator** [3] 12:13 12:15 13:11
**advanced** [2] 99:13 119:2
**Aegon** [32] 10:20 11:1,4 11:17 13:20,23,25 14:3 14:10,15,19 16:17,21 18:14,17,24 19:5,9,10,13 19:16,24 20:7,15 37:5,8 59:21 137:17,21,24 138:2 138:7
**affected** [9] 113:4,8,9,9 116:14,17,20 117:6 128:6
**affidavits** [1] 6:3
**affirmed** [2] 3:11 139:13
**again** [12] 9:15 12:20 32:15,19 36:1 56:17 57:23 67:17 98:13 107:17 108:3 121:23
**against** [1] 106:18
**age** [1] 18:5
**agent** [8] 5:12 20:12 51:25 54:9 55:2,7,23,25
**agents** [4] 29:11 51:2,3 52:2,9
**ago** [8] 5:10,13,15 38:15 40:1,9 74:13 106:1
**agree** [1] 4:19
**agreed** [1] 104:10
**agreement** [1] 42:16
**ahead** [26] 6:10 8:20 20:2 20:21 37:11 44:11 47:17 69:7,11 70:15 71:15 72:23 73:3 81:22 88:3 109:12 109:15 110:2 118:18 120:13 124:2 125:7 127:14 131:6 132:18,25
**al** [1] 2803:8
**Alabama** [1] 2803:18
**Alexander** [9] 48:3,14 48:25 82:6,7 88:24 99:25 100:10,22
**allowed** [2] 68:7 77:12
**almost** [1] 72:4
**along** [1] 105:23
**always** [5] 56:2 70:14 128:10
**America** [10] 2803:8 12:5 14:4 71:2 73:14 81:5 112:4 128:2 134:20 135:9
**amount** [12] 25:18 106:4 106:5 119:12,25 120:7,11 122:23 124:23 125:18 126:4,5
**analysis** [1] 82:13
**annuities** [8] 39:2,16 44:3,20 51:15,20,21 55:9
**answer** [44] 5:21 6:7 9:4 9:20 10:9 13:22 14:18 17:22 18:16 19:1,8,20

**41:11 43:13 44:2 52:7 54:11,22 57:2 60:22,15 61:22 69:7 73:3 74:12 75:7 76:7,18,18 77:3,11 80:25 83:11 84:20 87:3 89:11 91:4 99:1 104:3 111:9 115:15 122:6 123:22 130:21**
**Anthony** [3] 2803:4 4:4 4:8
**anytime** [1] 74:9
**apart** [9] 50:24 51:1,2,24 52:2 54:6,8 55:2,25
**appear** [1] 6:14
**APPEARANCES** [1] 2803:14
**appropriate** [1] 118:20
**approval** [2] 102:1 103:17 104:5,13,22 134:21 135:10,16
**approve** [1] 71:21 103:25 104:6
**approved** [4] 101:24 102:1 104:4,9
**approving** [4] 101:18,19 101:22 104:18
**approximate** [1] 29:25
**area** [20] 23:2,3,7,8 25:3 25:14,17,20 26:2,7,10,20 28:5 30:12 103:5 107:4,8 109:9 133:3 135:7
**areas** [5] 14:23 23:8 29:19 30:12 41:7
**Arkansas** [5] 2803:25 3:5,7 139:6,24
**ARKANSAS}** [1] 139:2
**assign** [4] 61:13,19 71:22 76:1
**assigned** [8] 52:5 61:8 65:13,25 66:2,3,10 72:1
**assignment** [1] 113:3
**assigns** [1] 66:7
**assistance** [2] 83:12,20
**assistant** [2] 48:6 129:5
**assume** [2] 7:15 107:13
**assuming** [3] 5:23 29:22 32:23
**Assurance** [7] 12:2,8 13:15 14:7 16:12 52:20 64:5
**assure** [1] 118:25
**attach** [4] 71:23 81:15,19 95:17
**attend** [1] 24:12
**attending** [1] 127:16
**attention** [3] 89:15 97:7 105:7
**attorney** [3] 4:10,12 80:20 85:8 139:18
**authored** [4] 82:21 83:12 88:25 112:24
**authoring** [2] 82:1 83:7
**authorities** [1] 127:23

Index Page 1

JEFF BENNETT, Bushman Court Reporting (501) 372-5115
Case 4:07-cv-00016 Document 6 Filed 03/03/15 Page 14 of 23 PageID #: 1587

**authorizing** [1] 87:14

**Avenue** [1] 2803:21

**aware** [22] 56:14,18 62:13
62:17 63:12,15,21 64:6,8
64:9,11 65:4 93:15 105:24
106:7 111:11,19,22
131:11,13 132:1,3

**-B-**

**b** [16] 2:7 6:18 7:5,22 8:1
8:2,5,22 107:4,5 108:1,12
108:13,14,25 109:6

**Bachelor's** [1] 28:2

**background** [2] 68:12
108:19

**backwards** [1] 32:7

**bad** [2] 5:20 41:13

**badly** [1] 57:22

**Baird** [6] 58:20,21,22,23
59:23 60:11

**Baird's** [1] 59:6

**Bankers** [2] 73:11,12

**Barbara** [1] 100:10,22

**based** [12] 51:25 53:8
55:2 58:12,15,23 59:7,9
59:11,15,24 75:20

**basics** [1] 5:18

**basis** [2] 23:23 46:9

**Bates** [4] 80:21 81:3
94:15,18

**became** [7] 22:1,20 34:19
34:20 36:22,23,23

**begin** [5] 9:14 88:7 89:8
123:24 124:3

**beginning** [4] 3:7 32:3
42:6 107:3

**behalf** [20] 6:14,20,21
7:16 8:5,6,10,14 107:15
107:21,23,24 108:6 109:1
109:3,22 129:17 134:20
135:8,13

**behind** [1] 95:7,8,17

**Bellarmine** [7] 21:5,6
23:6,24 24:5,20 27:17

**beneficiary** [2] 31:20
38:9

**benefit** [34] 12:1,7 13:14
14:6 16:9 33:4,10,19,22
34:8,12 35:1,4,24 36:5,23
37:17 39:19,25 40:6,7,13
40:18 41:18,21 42:1,19
52:18 56:12,20 63:16,24
85:19 119:16

**benefits** [17] 84:1,2
98:11 118:20 119:1,10
120:6,20,24 121:22 122:3
124:16,22 134:22 135:11
135:17 137:12

**Bennett** [3] 3:4 139:5,23

**best** [1] 137:1

**better** [6] 19:4 50:8 56:15
62:2 105:12 131:8

**between** [11] 7:21 23:5
23:20 24:17 25:5,12 26:1
37:7 76:21 106:1 137:7

**beyond** [1] 127:12

**Bilello** [4] 47:18 48:13
48:22 80:7

**bill** [2] 120:7 125:23

**billing** [3] 31:20 33:3
37:23

**bills** [1] 126:14

**Birmingham** [1]
2803:18

**bit** [10] 12:22 18:4 19:4
26:19 33:2 34:23 54:13
70:6 84:2 94:12

**block** [7] 44:18 49:25
50:15,17 51:16 52:12 55:1

**blocks** [3] 50:3 54:6,8

**Blue** [6] 91:2 98:23,23
124:11,11,15

**book** [9] 28:9 50:10 51:23
52:20,23 53:3 73:21 103:8
105:17

**booked** [3] 27:3,10,12

**books** [1] 128:6

**boss** [16] 58:19 59:4,6,24
61:15 90:1 102:4,5,11,15
102:16 103:2,9,10,10,15

**bottom** [5] 71:4 74:15
82:14 97:17 121:2

**bought** [2] 22:5,7

**Box** [1] 2803:24

**Boyd** [3] 48:4,15,25

**Bradley** [3] 48:1,14,24

**break** [10] 5:19 28:19
40:24 44:12,16 50:8 88:3
115:25 135:24 136:6

**breakfast** [2] 6:8 21:16

**Brenda** [9] 53:19 58:12
60:17 102:4,10 103:21,23
104:8,18

**Brian** [2] 100:2,22

**Brickell** [1] 2803:21

**bring** [1] 4:18

**broken** [11] 50:24 51:1,1
51:2,24 52:2 54:6,8 55:2
55:23,25

**brought** [3] 89:12,14
105:6

**build** [1] 71:22

**Burt** [1] 2803:20

**business** [43] 18:21
20:12,13 26:22,23 33:7
43:15,16,17,17,23,23
44:18 45:10 46:7 48:3
50:1,4,10,11,16,17 51:3,4
51:16,23 52:12,21,24 53:3
54:6,15,18 55:1,25 73:21
98:4,9 102:23,24 103:8
105:17 128:6

**Byrne** [6] 82:9,12,18
88:24 100:2,22

**-C-**

**C** [2] 139:1,1

**calculation** [2] 133:25
134:8

**Callen** [7] 130:5,6,16
131:9,14,24 132:9

**Campbell** [1] 2803:16

**cancer** [103] 39:4 44:6
45:2 51:10 54:19 55:17
56:7,10,13,16 57:15,17
57:20 58:7 61:18,19 62:4
62:5,10,14,17,23 63:8,9
63:17,25 64:3,7,10,18
65:3,16,19,21,22,24 66:9
66:15,21,25 67:2,16,17
67:21,24 68:9,25 69:4
70:1,7,14 71:12 74:3
75:18,20 76:2,12,14 77:6
77:7,18 78:7,17 80:5
90:11,17,24 91:14,16,17
91:19 92:6,7,9,12,13,18
93:2,10 98:8,16 105:16
106:9,19 112:15,19,25
113:6,6,11,20 114:13,24
115:18 117:20 123:16
124:14 126:12 133:11,13
137:14,18,22

**Capital** [9] 34:17,18,21
35:2,5,16,22 36:2,13

**caption** [2] 139:7,12

**care** [11] 44:7 45:3 51:11
98:1,11,19,24 112:22
113:16 118:22 119:16

**carry** [1] 80:19

**case** [4] 5:18 108:7 109:11
124:8

**categories** [1] 44:21

**category** [1] 44:21

**causing** [1] 89:18

**cautioned** [2] 3:10
139:13

**cc.ed** [1] 82:14

**CCR** [3] 3:4 139:5,23

**Cedar** [8] 58:11,16,24
59:7,24 60:12,20,23

**center** [3] 3:6 23:3 25:3

**centers** [1] 11:9

**certain** [1] 56:2,2

**certainly** [2] 108:14
109:7

**Certificate** [2] 2:18
139:23

**certify** [2] 139:6,15

**chain** [3] 38:4 53:17
103:17

**change** [48] 25:10 29:1
29:25 34:10,21 36:18 40:9
42:1 43:2 83:25 84:1,1,3
84:6 86:14,18 87:1 101:18
101:22 103:25 104:9,25
107:14,16 109:9 110:20
111:7,21 116:14,17,20
117:7,18,18 121:13,19,19
121:24 122:2 125:14
127:22 133:15,16 135:21
136:16,21,25 137:4

**changed** [12] 25:12 26:18
28:8 35:8 36:13,16 43:2
77:4 82:25 114:1,5 122:9

**changes** [13] 30:2,3 31:21
33:4 38:10,14 42:9 68:3 80:1

105:1,1 110:25 130:25
136:21

**changing** [2] 42:21 77:1

**charge** [3] 80:15 101:13
101:15

**charges** [15] 77:1,4 99:7
105:6,22 113:1 118:21
119:5 122:8,10 133:22
136:22 137:1,5,8

**check** [1] 50:14

**checklist** [4] 95:21 96:3
96:6,8

**chemotherapy** [2]
120:22 126:7

**chief** [2] 112:2,3

**Chris** [6] 102:4,13,19
103:24 104:9,18

**Civil** [2] 2803:6 3:2

**CK4** [2] 79:3,20

**claim** [29] 5:9 96:18,21
97:6,11,20 98:4,12,16,18
106:10,13 109:8 118:19
121:24 123:18,25 124:14
125:5,10,24 126:9,25
127:15 134:23 135:12,18
136:16,16

**claims** [64] 17:13,15 23:2
23:7,10,10,11,13,14,15,17
24:18,24 25:6,7 28:15,16
29:6 31:22,24 33:3 38:7
38:19,23,25 48:4 56:1
82:8,13 84:4 87:18 89:19
90:14 91:15 93:19,21
94:22,25 95:9,10,13,22
95:25 96:4,7 99:6,22
105:5 106:7,8 107:8,14
109:7 111:1,2 118:13
119:20 122:4 126:14
127:9,21 137:13,14,18

**Clancy** [10] 53:19 58:12
60:17 83:13 102:4,10
103:21,22,23 104:8

**clause** [1] 137:11

**Clay** [4] 2803:15,23 4:7
4:13

**clear** [3] 20:4 107:2 110:3

**closed** [1] 105:17

**code** [5] 71:10 120:25
121:3,8,10

**codes** [1] 71:9

**collecting** [7] 88:20
93:18 94:5 96:20 97:1
99:4 127:8

**college** [1] 21:3

**COLUMBIA** [1] 2803:3

**coming** [3] 136:2 138:12

**command** [3] 38:4 53:17
103:17

**commission** [1] 139:25

**commissioners** [1]
111:6

**commissions** [1] 47:20

**committed** [1] 106:13

**common** [1] 15:22

**commonly** [1] 70:10

**Commonwealth** [24]
21:24 22:1,3,20,23 24:21
25:7,14,17 26:4,7,10,16
26:17 28:5,6,7,25 29:13
31:8 35:3 36:8,9,23

**communicate** [1] 90:4

**communicated** [1]
89:25

**communication** [1]
90:6

**companies** [53] 11:22
12:10 13:2,3,11,24 14:11
14:15,19,21 15:4,23 16:22
17:3 19:14,15 20:3,4,11
22:2,5,12 31:10,12,17
33:5,8,15 34:14 35:5,19
36:22,24,25 37:18,21 42:2
50:6,7 53:15 54:8 68:21
73:24 74:21 75:9 103:7
122:3,15 124:9 125:12
128:5,8,8

**companies'** [2] 50:11
128:13

**company** [177] 2803:8
6:21 7:16 8:6,7,10,14
10:13,22 11:25 12:1,1,2,3
12:5,6,7,8,8,9 13:6,13,14
13:15,15,16,23 14:1,3,4,5
14:6,6,7,8,10,20 15:1,2,7
15:8,9,10,11,12,16,17,21
16:4,6,9,12,14,23,24 17:7
17:8 18:1 21:21,22,24,25
22:3,10,11,14 24:7,14,16
24:21,22 33:4,15,23 34:13
34:15,16 35:3,4,14,16,20
35:22,24 36:2,5,14,17
37:5,7,8,9 40:4 42:15,25
43:5,8,11 44:19 46:20
49:19,23 52:12,15,18,20
52:23 53:3,6,14 54:2,14
55:12,16,25 56:7,9,12,19
56:21 57:3 61:7 62:22
63:5,16,20,22,25 64:4,5
64:13,17 66:1,22 67:8,21
67:23 68:10,18,22 69:1,4
71:2 73:11,12,14,19 74:19
76:9 81:4 107:15,21,23
107:25 108:6 109:1,3,23
112:4,13 115:11 118:25
128:2,3,11 129:17,25
131:17,22 133:20 134:20
135:2,8,13 136:15,25
137:4

**company's** [2] 107:7
136:22

**compensated** [1] 17:24

**compound** [1] 73:3

**comprised** [1] 100:21

**computer** [14] 78:4,18
78:24,25 79:1,6 80:9
88:10 95:3 115:16,18,20
116:4,5

**Computerized** [1]
139:10

**concern** [3] 89:25 90:10
90:13

**concerned** [2] 89:13,24

**concerning** [1] 135:10

**concluded** [1] 138:14

conclusion [1] 8:9
confused [1] 50:9
connected [2] 76:25 80:5
connection [3] 46:8
112:23 137:7
Connie [7] 2803:1 2:4
3:1,9 6:22 82:3 139:4
consider [2] 118:9
126:24
consideration [3]
134:21 135:10,16
considered [2] 126:23
127:11
contact [1] 111:20
contained [1] 79:20
continue [2] 121:18
127:25
continuing [3] 40:6
89:13,14
contract [3] 42:17,19
48:5
conversant [1] 133:4
conversions [1] 77:22
copies [1] 98:22
copy [2] 69:17 80:19
corner [1] 71:4
corporate [6] 1:12,13
104:15 115:10 137:25,25
corporation [1] 14:15
correct [43] 13:17 14:8
14:16 29:22 31:1,2,15
35:21 36:3,6,10,16 37:6
44:22 48:15 49:1,16 51:22
53:7 54:16 55:10 57:25
58:1 61:14 65:10 89:23
97:11,14 99:3,10,16
104:24 107:5 118:24
122:10,22 124:5,9 129:19
134:23,24 136:18,20
corrected [2] 99:8 122:7
correcting [5] 86:21,23
100:20 105:3 111:1
correction [11] 99:14
104:11 117:19,20 121:14
121:15 133:17,18,19
134:6 136:16
corrections [2] 88:14
134:25
correctly [1] 82:10
correspondence [3]
69:23 81:11 82:1
counsel [21] 9:1,3,22,24
10:5 83:12,20 85:7 86:3
103:1,3,4,6,7,11,13
109:20 130:17,18 139:15
139:19
counsels [1] 103:12
counted [1] 48:17
countries [1] 60:8
County [4] 3:5 139:3,6
139:24
couple [6] 32:19,24 98:4
99:23 100:8 136:11
courses [2] 24:13,13

court [5] 2803:1 6:1 68:7
68:13 72:21
cover [5] 68:8,14 109:5
coverage [5] 91:2,8,9,10
124:12
covered [1] 68:5 108:19
covering [1] 68:13
covers [1] 98:4
Cross [4] 91:2 98:23
124:11,15
current [7] 14:25 30:15
30:17,18,25 32:8 37:4
Curtis [6] 46:13 47:1
49:12 79:17 82:15,18
customer [23] 17:17
22:24 23:2,8 25:2,14,16
26:11,14,15 28:24 29:3,5
29:10,16,19,23,24 31:19
33:3 37:25 48:1 133:12
customers [3] 99:13
119:3 134:10
Cyberlife [1] 79:3

### -D-

D [1] 2:1
d/b/a [2] 18:21 53:13
daily [4] 31:17 41:4 43:11
46:8
database [2] 132:11,23
date [3] 29:23 97:18
117:12
dated [2] 69:23 84:11
Dave [1] 130:5
David [6] 47:25 102:5,25
103:24 104:9,18
dealing [1] 39:10
Deborah [7] 82:6,6 99:22
99:24,25 100:10,21
Debra [1] 48:3
December [3] 69:23
97:15,19
decided [1] 52:8
decision [8] 103:25
104:10,12,13,18 106:23
108:21 111:16
defendants [3] 2803:9
2803:22 4:10
defined [1] 121:3 122:14
123:10
definitely [1] 72:12
definition [3] 77:1,4
137:4
degree [2] 27:16,24
degrees [2] 27:19
department [7] 49:11
71:7 87:18 90:14 99:22
130:7 137:14
departments [3] 49:8
111:5,20
deposition [34] 2803:11
3:1 4:21,23 5:14 6:11,12
6:16 7:3,9,10,19 8:2,25
9:16,18 68:8,13 69:12
72:22 81:24 94:20 96:14

107:3 109:4,13 110:7,13
120:16 138:13 139:4,8,8
139:17
depositions [4] 5:1,5,8
47:23
describing [2] 44:17
107:16
description [2] 45:15
45:17
designated [10] 6:19 8:1
68:13 72:21 109:22
129:15,16 134:19 135:7
135:12
designation [9] 18:21
19:13 20:8,18 28:1 70:3
71:19 74:17 97:16
designations [1] 70:10
detail [1] 27:2
determine [1] 118:9
develop [2] 61:24 65:24
developing [9] 61:23
65:12,22 66:9,11,12,15
75:12,16
development [4] 47:22
65:21 66:14 67:5
Dickey [14] 47:13 48:13
48:22 61:17 65:11 66:7
75:12,17 76:1 77:6,17
79:9 80:4 83:5
Dickey's [1] 76:25
dictating [1] 25:6
difference [1] 106:1
differences [2] 72:16
73:6
different [44] 12:23 15:3
15:3 19:22 20:10,16,17
23:4 34:5 35:14 36:17
37:4 39:3,11 40:4 42:25
44:9 46:2 47:9,10 54:7,18
67:2 68:16 70:6,11 72:10
72:17,25 79:22 95:23 98:4
110:22 113:18,19 114:16
115:11,11,12 119:8
128:11 130:12,12 134:2
differently [7] 34:23
43:7 54:13 77:8 107:24
123:4,15
difficult [1] 9:11
direct [4] 38:3 41:8 87:24
97:7
directed [4] 91:14 92:15
113:5,7
direction [1] 61:14
directly [12] 46:15,22
47:11 48:12 49:2,22 82:18
85:12 87:16,16 89:1 129:9
director [22] 30:9,11,13
32:11,12,18 40:2,7,12
41:2,3,3,14,22 46:18 47:1
47:6 48:4,4 82:8,13 86:2
directs [1] 47:4
disability [5] 39:6,7,8
44:6,25
disagree [1] 108:16
disagreement [1] 110:4
disclosures [1] 80:23

94:14
discussed [2] 111:12,14
discussion [2] 90:14,16
disease [1] 99:8
dispute [1] 84:2
DISTRICT [2] 2803:1,2
division [7] 2803:3
56:25,25 74:16,19,19,24
divisions [2] 56:24 57:7
doctor [13] 106:5 119:12
120:1,11 124:18,25 125:1
125:2,16,21,25 126:4,6
doctor's [6] 120:7
124:18,24 125:16,20,23
doctors [2] 119:5,11
126:16
document [7] 45:24 48:7
81:8 88:13 94:15 120:14
129:6
documentation [5]
118:21 134:22 135:1,11
135:17
documents [29] 9:17,21
10:1,4,7 80:20,24 81:19
94:10 95:7,8,21 96:1,2
98:18 105:4 110:22 111:2
119:4,8,11 121:7,9,11
122:12 123:10,19 124:5
130:20
doesn't [8] 48:9 49:10
71:10,12,16 91:13 98:5
131:23
Don [3] 59:5,6,24
done [6] 8:21 83:9 95:23
116:8,9 133:25
double [5] 50:14
Doug [3] 48:5 129:4,5
down [8] 9:12 40:23
41:12 42:21 50:8 58:6
74:15 121:2
downline [1] 101:10
drafted [9] 77:7 128:17
128:19,21 129:23,25
130:21 131:16 132:16
drafting [12] 25:6 88:12
128:22 129:1,11,12,18,19
131:4,12 132:4,8
drag [2] 29:21 136:3
Dressing [2] 100:13,23
DSI [1] 97:16
due [1] 126:4
duly [2] 3:10 139:12
duties [2] 38:12 45:14

### -E-

E [15] 2803:4 2:1,7 139:1,1
educate [1] 129:21
Edwards [9] 2803:23
4:11,11 85:7 86:3 87:20
100:12,23 101:2
eight [5] 16:11,11,13
either [11] 7:2 16:7,10
22:17 28:25 29:13 30:7
51:4,4 82:23 90:8

electronic [1] 132:22
employed [5] 34:5 49:19
73:17 139:16,19
employee [8] 49:10
53:22 58:17,25 68:20,23
112:11 139:18
employees [30] 11:12
11:13 19:5,6,9,10,12,14
19:17,23 20:4,8,16,23
46:9,14 49:11,17,21,23
53:11,15 54:2 75:4,5
137:17,25 138:1,2,7
employer [1] 5:6 10:12
33:9,18 37:17 40:16,17
40:2i 43:8 85:16 112:11
employers [4] 27:8 35:9
35:12 39:24
employing [3] 40:4,18
40:19
employment [2] 6:4
42:16
end [3] 113:1 121:22
122:13
ensuring [1] 137:11
entities [14] 13:8,19
17:19,25 19:17,23 57:11
57:13,23 66:23,24 67:10
74:3 115:12
entities' [1] 92:9
entity [26] 10:14 18:17
19:2,11 20:16 22:4,6,7
29:1 42:12 58:3 60:21,24
62:3,14,16 63:6 64:7,10
66:20 67:8 73:17 74:8,17
92:21 107:9
entity's [2] 19:12 36:12
entries [6] 27:3,10,12,13
28:9 38:20
entry [1] 120:21
EOBs [6] 97:25 98:18,23
120:9 122:14 125:11
error [13] 87:11,14 99:2,5
99:8,10,17 100:21 104:24
105:20 106:12,22 134:13
errors [1] 113:17
Esq [3] 2803:16,20,23
et [1] 2803:8
event [1] 8:19
Eventually [1] 29:9
everybody [5] 4:5 48:18
48:22 123:6 124:6
everywhere [1] 62:6
exact [5] 25:18,22 108:2
114:9,10
exactly [5] 5:16 25:25
32:15 37:12 110:24
examination [5] 2:5,6
4:1 89:8 136:9
examiner [2] 38:25
95:25
examiners [1] 122:11
examining [2] 88:20
94:4
example [4] 62:19 124:9
124:11 125:4

**excellent** [1] 12:20
**except** [2] 51:20 53:12
**excess** [7] 99:7 105:6,22
105:25 121:16 122:9
133:22
**excluding** [1] 24:7
**exclusion** [1] 9:20
**executive** [2] 53:21
60:17
**exhibit** [90] 2:8,9,10,11
2:12,13,14,15,16 6:11,12
69:11,12,16 70:20,24 73:9
73:10 74:6,14 75:14,21
76:3,5,8,15 77:9 81:14,16
81:20,23,24 83:7 84:12
86:12,16 88:6,16 94:2,18
94:19,20,24 95:20 96:13
96:14,20,22 97:2,3,7,10
97:17,21 98:9,17 104:1
109:12,13,15,16,19 110:5
110:7,12,13,14,15 111:23
111:24 112:12,17,24
113:19 114:3 117:9 118:4
118:7,10,13 119:21
120:14,16,18 121:2,25
127:7,13 129:16 136:13
**exhibited** [1] 127:13
**existence** [1] 36:21
**existing** [1] 116:14
**expanded** [4] 30:10,11
41:2,6
**expect** [1] 126:16
**experience** [1] 73:5
**expires** [1] 139:25
**explain** [1] 121:8
**explained** [1] 136:15
**explanation** [10] 98:10
119:10,16 120:6,19,20
121:21 122:2 124:16,22
**extent** [1] 51:17

**-F-**

**F** [1] 139:1
**fact** [1] 138:1
**facts** [1] 139:7
**fair** [2] 5:24 84:4
**familiar** [5] 42:11 71:18
71:20 106:10 133:6
**far** [3] 68:5 100:19 132:22
**Federal** [1] 3:2
**few** [4] 13:2 44:8,11 133:2
**figure** [4] 39:24 51:7
53:17 134:1
**figured** [1] 121:17
**filed** [5] 71:6 72:3,4,13
132:19,20
**filing** [2] 71:20 129:12
**financial** [26] 12:3,9
13:16 14:8 16:14 18:14
18:17,24 19:6,9,10,13,16
19:24 20:7 25:20 26:2,6
26:10,13,20 28:4 52:23
64:12 86:2 102:23
**financially** [1] 139:19

**finding** [1] 71:2
**fine** [5] 6:6,7,9 108:22,25
**finish** [2] 9:13,14
**first** [28] 3:10 8:24 14:9
49:4 50:9 61:2 73:10
74:15 81:10,25 88:19,22
92:1 93:16,25 107:4,8,25
108:17,21 114:7 117:11
120:18,22 121:3 127:8
128:1 139:12
**fit** [1] 45:5
**five** [4] 40:25 68:7 72:21
**floors** [1] 48:17
**Florida** [1] 2803:21
**focused** [1] 134:9
**follows** [1] 3:11
**foregoing** [2] 139:7,8
**form** [76] 9:19 13:21
14:17 17:21 18:15,25 19:7
19:19 20:20 37:10 41:10
43:12 44:1 52:6 54:10,21
57:1 60:1,14 61:21 69:6
70:5,12,15,17 71:3,6,14
71:19,23,25 72:18 73:2,4
74:1,1,2,6,7,11 75:6,13
75:15 76:6,17 77:2,10
83:10 84:8,19 86:8 87:3
89:10 91:3 95:10,13 96:23
98:25 104:2 111:8 113:22
114:19 115:14 122:5
123:21 125:6 127:1,15
131:5 132:17,24 135:3
136:19 137:9,19 138:4
**formal** [4] 24:6,7,9 27:24
42:16,19
**forms** [11] 73:5 84:1
86:21 99:12,14 119:16,23
120:5 130:11 136:16,17
**forth** [1] 54:20 109:23
**forward** [1] 29:18
**found** [7] 99:2 105:5,24
120:3,5 121:17 122:9
**four** [1] 40:9
**frame** [2] 26:3 40:11
**fraud** [2] 127:18,23
**free** [1] 126:9
**front** [2] 69:21,22
**full** [13] 13:7 106:5 119:6
119:13 120:2,8,12 122:24
124:19 125:3,17,22
126:19
**full-time** [1] 23:25
**functions** [9] 17:17
22:25 26:21 38:19 39:12
41:5 49:9,14,15
**future** [1] 109:8

**-G-**

**G-W-I-N** [1] 85:3
**Garnet** [1] 102:19
**Garrett** [6] 102:5,13,20
102:21 103:24 104:9
**general** [10] 27:13 38:20
103:1,3,4,6,7,11,12,13
**generally** [1] 28:20

38:14 106:10 113:21
128:19
**generic** [6] 18:18 20:13
20:22 57:6 74:20,22
**geographically** [2]
50:24 52:3
**Gidiere** [1] 2803:16
**given** [4] 17:19 86:25
100:19 139:21
**giving** [2] 68:11 108:14
**goes** [2] 51:24 96:18
**Gold** [1] 102:6
**Goldstein** [5] 102:5,7
102:25 103:24 104:9
**gone** [3] 30:9 32:24 135:5
**Gooch** [16] 2803:4 4:4,8
6:17 69:18,19 70:2 79:5
106:7,8 120:20 123:4,15
125:4 126:8 136:13
**Gooch's** [15] 62:19 69:21
73:9 78:17,25 79:11,19
80:16 106:10 113:6 124:8
124:14 128:17
**good** [4] 4:17 14:24 69:10
88:2
**goodness** [1] 126:6
**gotcha** [1] 95:19
**Grable** [3] 47:19 48:13
48:24
**graduate** [3] 18:6 21:8
21:10
**graduated** [6] 20:25 23:9
24:5,20 25:9 27:23
**graduation** [1] 25:10
**greater** [1] 89:19
**group** [7] 17:14 19:16
20:8,9,11,15 119:11
**grouped** [1] 44:9
**guess** [6] 22:4 33:22
35:16 59:5 104:14 105:23
**guessing** [1] 6:6
**guide** [4] 94:25 95:6,7,11
**Gwin** [13] 85:1,8,10,16
87:6,20 89:12,21,24 93:5
100:12,23 117:2
**Gwin's** [2] 90:10,13

**-H-**

**H** [1] 2:7
**half** [1] 88:21
**hand** [4] 88:12 120:14
132:4 139:21
**handle** [5] 17:13,15 39:4
39:6 50:16
**handled** [11] 50:17,19
51:9,17,21 52:12,16,18
54:15 55:19 137:14
**handler** [2] 23:17 24:24
**handles** [1] 51:2
**handling** [9] 24:18 25:6
25:7 29:6,11 38:18,20
68:25 107:8
**handwriting** [2] 103:23

129:16
**handwritten** [1] 110:6
**hate** [1] 18:5
**head** [3] 22:13 102:22
115:8
**heading** [1] 71:1
**heads** [1] 9:11
**health** [11] 44:3,5,20,24
45:2,5 98:1,11,19,24
118:22 119:11,16
**hear** [1] 9:3
**heart** [9] 44:7 45:3 51:11
54:19 98:8,21 112:22
113:16 126:6
**held** [1] 25:19
**help** [3] 68:16 118:24,25
**helps** [1] 130:11
**hereby** [1] 139:6
**hereto** [2] 139:12,19
**hey** [1] 42:21
**Hicks** [3] 47:20 48:13,24
**high** [3] 18:6,6 20:25
**Hilton** [1] 3:6
**HIPPA** [2] 127:18,24
**hold** [3] 27:19 33:25 68:4
**holding** [25] 10:22 13:23
14:1,3,10,20 15:17 34:17
34:18,21 35:2,6,16,16,20
35:22,22 36:2,2,13,14
37:4,7,8,9
**hope** [1] 135:4
**hospital** [1] 98:19
**hour** [2] 28:21 40:24
**hours** [5] 24:2 68:5
108:10,17,21

**-I-**

**i.e** [1] 134:22 135:11,17
**idea** [14] 32:22 83:18 84:5
84:14,14,15,15,24 86:5,6
86:9,10,25 87:5
**identified** [7] 75:13 76:3
76:15 77:8 84:11 98:17
135:20
**identify** [4] 69:14 98:17
131:3 132:7
**identity** [2] 129:18 135:9
**image** [1] 95:1
**immediate** [1] 29:9
**implementation** [10]
48:6 61:5 62:1 66:17,18
75:17 76:2 77:7 129:21,8
**implemented** [3] 84:6
99:15 101:16
**implementing** [6] 66:16
101:11
**important** [1] 118:20
**impossible** [1] 73:3
**Inc** [17] 11:5 12:24 13:23
13:25 14:3,10,19 16:17
16:19,20 37:8 53:5 137:17
137:21,24 138:2,7
**Inc.** [9] 10:21 12:21 13:17

13:20 14:15 16:16,21 17:5
37:5
**include** [1] 113:10
**includes** [2] 123:9
125:10 128:12
**including** [1] 122:14
**Incorporated** [2] 11:1
12:12
**increase** [2] 93:11 105:14
134:16
**increased** [1] 41:8
**increases** [14] 85:11
89:13,14,16,22,25 90:10
90:13 93:6,14 105:11,13
117:3 134:13
**increasing** [1] 134:10
**incurred** [6] 94:11 106:4
124:24 137:8,10,12
**independently** [1] 9:25
**indicated** [7] 33:6 37:22
100:21 110:21 125:9
131:24 133:20
**Indicating** [1] 70:22
**indirectly** [1] 87:17
**individual** [7] 7:19 8:1
8:8 107:10,12 108:25
114:18
**individuals** [2] 103:21
104:8
**inform** [2] 111:21 129:22
**information** [48] 47:19
68:12 71:22 78:25 79:5
79:11,19 80:15,16 87:11
88:21 93:18,20 94:6,8,22
96:9,10,16,20 97:2,3,5
115:5,17 117:5 118:8,9
118:12,21,23,25 119:20
119:25 120:3 121:20
122:13 123:2 124:1
125:10,14 126:22,23,25
127:9,12,23 131:15
**informational** [1] 119:9
**inhouse** [2] 4:11,13
**initial** [2] 80:22 94:14
**initiative** [2] 83:9,22
**input** [4] 87:7,8,13 116:23
**instituted** [1] 106:18
**Instruct** [2] 10:8 77:11
**instructed** [1] 77:13
**instruction** [2] 97:25
98:3
**instructions** [5] 96:21
97:10,13,20 98:7,16
**insurance** [152] 2803:7
10:13 11:25 12:1,1,3,5,6
12:7,8,9 13:2,6,13,14,15
13:16,24 14:4,5,5,6,8 15:9
15:10,12,15,17,20 16:4,6
16:9,14,22,23 17:8,23,24
18:1 19:14 20:11,15 21:24
22:9,11,12,14 23:15 24:22
26:24,25 27:1,5,6 29:11
31:12 33:23 34:14 35:3,4
35:5,19,23 36:4,22,25
37:18 39:11,13 40:20 42:8
42:14 43:5,8,10,19 44:19

44:20,21 46:19 49:19,23
52:12,15,18,23 53:3,6
54:2,14,19 55:11,16,24
56:7,9,12,21 57:3,5 62:22
63:4,16,24 64:2,13,17
66:22 67:7,21,23 68:18
68:22 69:1,4 71:1,7 73:11
73:12,14,19 74:16,21,24
75:9 76:9 81:4 109:22
111:5,6,20 112:4,13
115:12 119:17 121:22
122:3,15 124:9 125:5,11
125:19 126:13 128:2,3,11
129:17 134:20 135:8
137:15,18,22

**Insurance's** [1] 91:15
**insured** [1] 114:18
**insureds** [7] 29:11
105:13 110:18 112:18
114:19 123:1 126:12
**Integrity** [4] 13:5,6 17:7
17:11
**intended** [2] 76:5 91:1
**intensive** [5] 44:7 45:3
51:11 112:22 113:16
**inter-company** [1] 82:1
**interacting** [1] 82:17
**interested** [1] 139:20
**internal** [9] 18:22 20:8,9
20:14,17,22 74:20,23 92:5
**internally** [3] 71:9
123:25 128:10
**interpretation** [2]
136:22,25
**introduce** [1] 4:6
**investigated** [1] 105:24
**Investors** [82] 2803:7
4:12,14 6:4,14,23 8:2
10:18 11:24 12:5 13:12
14:4 15:6,12 16:1,2 18:13
22:2 30:20,21 40:16 51:4
51:6,9,12,24 53:21,22,24
55:1,5,6 57:23 58:2,17,25
60:12,18,22,24 62:4,14
62:16 69:1,4 71:1,11,17
73:14,15,16,25 75:4 80:23
81:4 91:14,15,19,23 92:3
93:6,10 107:9 109:22
112:3,10 114:12 115:17
115:23,24 117:23 120:19
123:6 128:1,7,13 129:17
134:20 135:8 137:14,18
137:22
**Investors'** [6] 50:17
51:16 90:17 92:6 105:16
114:25
**involve** [5] 78:5,6,7,8
79:10
**involved** [17] 66:4 68:10
77:24 78:14 79:10 80:4
83:7 112:20 129:19 130:3
131:3,12 132:7 133:15
135:9,16,21
**involvement** [1] 137:21
**involves** [1] 78:14
**Iowa** [8] 10:24,25 11:3
11:11,14 138:1,2,8

**issue** [15] 55:16 56:9,12
56:15 57:20,21 62:4,10
62:14,17 63:16 64:7,10
88:20 94:5
**issued** [16] 37:20 62:20
63:5,25 64:3,18 67:15,19
67:21 69:1,5 70:1 74:3
93:2 114:25 128:11
**issues** [3] 53:6 56:7 62:3
**issuing** [6] 62:23 63:5
65:3 66:20,24 67:24

### -J-

**James** [3] 82:9 100:2,22
**Jeff** [3] 3:4 139:5,23
**Jim** [1] 99:22
**Jim's** [1] 100:3
**job** [17] 25:19 29:4,25
30:25 40:9 41:1,4,14,17
41:23 42:24 43:11 45:14
45:15,17 80:8 105:11
**jobs** [3] 23:5 25:10,13
**jog** [1] 32:7
**Jorden** [1] 2803:20
**judge** [1] 77:12
**Julie** [1] 48:4
**July** [9] 2803:12 3:4 84:11
85:18 86:24 87:15 116:12
116:20 139:22

### -K-

**K-L-E-I-N-H-E-L-T-E-R**
[1] 100:7
**keeps** [1] 78:12
**Kelly** [18] 85:5,15,22,22
87:6,20 89:4,5 90:2,9,9
100:25 101:1,24,25
102:18,19 104:4
**Kelly's** [2] 102:14,15
**Kentucky** [5] 18:12 21:1
64:24,25 65:1
**kind** [15] 18:18,22 20:11
20:13,22 23:10 24:7 39:1
43:20 44:5 61:6 63:7
74:22 100:14 115:25
**Kleinhelter** [2] 100:2
100:22
**knew** [1] 129:25
**knowing** [1] 107:19
**knowledge** [4] 107:11
107:12,20 137:1
**knowledgeable** [1]
132:9

### -L-

**L** [1] 71:16
**label** [1] 96:1
**language** [3] 137:8,8,10
**large** [1] 61:7
**larger** [3] 30:12,12 49:7
**last** [8] 5:14 76:11,14 85:2
102:17 109:24 110:5
133:2

**laws** [1] 127:22
**lawsuit** [1] 68:11
**lawyer** [3] 9:5 103:1
130:8
**leader** [5] 30:8 31:7,11
31:16,23
**Leading** [1] 31:19
**led** [1] 90:14
**ledger** [3] 27:13 28:13
38:20
**Lee** [1] 2803:16
**leeway** [1] 68:11
**left-hand** [1] 71:4
**legal** [9] 18:17 19:2 20:16
27:21 36:11 73:17 74:17
106:18 130:7
**legally** [1] 37:2
**letter** [29] 6:17 7:4,5,21
8:13,20,21 68:6 72:20
91:23 107:3 108:12
112:12,14,17,18 113:18
113:19,23 114:12,20
117:11,13 118:16,18
136:12,13,15,21
**letterhead** [1] 113:25
**letters** [5] 100:8 114:8
116:3 117:15,16
**letting** [1] 119:3
**level** [1] 49:10
**Leventhal** [89] 2803:20
2:6 4:9,9 7:1,8,12,17,20
8:13,16,19 9:19 10:8
13:21 14:17 17:21 18:15
18:25 19:7,19 20:1,20
37:10 41:10 43:12 44:1
52:6 54:10,21 57:1,14,17
58:4,7 60:1,14 61:21 68:4
69:6 70:5,12 71:14 72:18
73:2 74:11 75:6,15,22
76:6,17 77:2,10 80:25
81:14,17 83:10 84:7,19
86:8 87:2 89:10 91:3
96:23 98:25 104:2 107:1
107:12,22 108:7,9,22
109:5 111:8 115:14
116:25 122:5 123:21
124:2 125:6 127:1,14
131:5 132:17,24 135:3
136:5,10 138:10
**liability** [2] 126:4,11
**licensing** [1] 48:5
**life** [163] 2803:7 4:12,14
5:2 6:4,14,23 8:2 10:13
10:17 11:24,25,25 12:1,3
12:5,6,7,9 13:5,12,13,14
13:16 14:3,4,6,8 15:6,12
15:25 16:1,4,9,14 17:8,11
18:1,13 21:24 22:2,14
23:11,13,14,24 24:21
30:21 33:22 35:3,4 39:2
39:11,13,15 40:16,20
42:14 43:5,8,10 44:3,19
44:19 46:19 49:19,23 51:6
51:8,12,16,23 52:11
52:18,23 53:3,21,22,23
54:1,14,19 55:1,5,6,11,16
55:24 56:6,12,20 57:3,23
58:2,17,25 60:12,17,21

60:24 62:4,13,16,22 63:16
63:24 64:13,17 66:22 67:7
67:20,23 68:17,22 69:1,4
71:1,11,17 73:11,12,14
73:15,16,19,25 75:4 80:23
81:4 90:16 91:13,15,18
91:23 92:2,6 93:6,9
105:16 107:8 109:22
112:3,9,13 114:12,25
115:17,23,24 117:23
120:19 123:6 128:1,2,7
128:13 129:17 134:20
135:8 137:14,18,21
**LIICA** [6] 80:21,22 81:4
81:5,7,22
**LIICA12** [1] 94:18
**limited** [1] 8:4
**line** [8] 44:10 88:2 90:20
90:21 91:13 92:2 93:25
98:8
**lines** [2] 54:18 98:4
**list** [12] 15:5 31:11 36:24
45:14 47:16 48:7 50:12
50:13 87:24 106:2,3 119:9
**listed** [18] 13:20 14:11
19:17 20:3,5 44:19,24
45:2 49:18,21 50:1 51:19
54:1 57:11 61:3 83:2,6
98:6
**Listen** [1] 21:15
**lists** [2] 45:18,24 54:7
**Live** [3] 30:20 50:17 51:4
**LLC** [1] 2803:17
**located** [4] 18:14 74:23
74:24 75:2
**location** [2] 11:7 43:21
**locations** [9] 11:8 18:20
56:18,20 57:8,9,10,13
63:21
**long-term** [2] 39:6,8
**longer** [2] 131:17,21
**Longest** [1] 130:2
**look** [15] 28:11 81:7 86:12
113:4,7,18 115:11 116:13
116:19 118:4 120:15
127:7,19 130:23,25
**looked** [6] 6:15 9:21,23
**looking** [5] 5:21,22 41:12
70:23 97:20 111:23
**loss** [27] 26:22,23 27:6
94:11 97:5 106:14 118:23
118:24 119:5 121:11
123:8,9,11,14,16,19 124:5
124:24 126:3,3,10 127:17
134:2 136:18 137:7,10,11
**Louisville** [62] 18:12,13
20:25 21:7 43:16 45:10
46:7,9,12,14 47:2 49:6,8
49:12 50:5,8,10,12,15,17
50:23 51:4,8,9,25 52:13
52:19,22 53:1,2,4,9,10,16
54:16,24 55:6,8,14,19
56:14,18,23 57:24 60:23
62:10 63:2,11,18 65:1
79:2,2,15,17,19 82:13
92:14,15,20,21 93:1,3
**Louks** [3] 47:25 48:14,24

**LPC** [1] 71:8
**LPC01TN** [1] 70:18
**LS** [3] 3:4 139:5,23

### -M-

**M** [1] 2803:15
**machine** [1] 139:10
**mad** [1] 9:12
**mail** [1] 117:15
**mailed** [2] 69:17,19
**mailroom** [2] 95:17,24
**major** [1] 90:25 96:2
**majority** [1] 91:17
**manage** [2] 103:8,8
**managed** [2] 73:18,21
**management** [7] 14:23
47:14 48:7 61:4,18 105:24
129:7
**manager** [19] 30:9,12
32:5,21,25 33:4,18 37:16
37:22 38:13,24 39:18,20
39:25 61:25 66:12 80:9
89:15 100:13
**managers** [1] 41:15
**managing** [1] 61:23
**manner** [3] 134:21
135:10,16
**mark** [21] 2803:23 4:11
6:10 48:1 69:11 81:20,22
85:7 86:3 87:20 89:4,6
96:12 100:12,23 101:2,25
104:4 109:12 110:5
120:13
**Mark's** [6] 102:5 103:1
103:9,10,10,15
**marked** [13] 6:12 69:12
69:16 75:21 81:24 94:20
95:20 96:14 109:13 110:7
110:13 120:16 134:12
**Marketing** [1] 2803:24
**Markham** [2] 2803:20
4:9
**Mary** [1] 48:2
**Maryland** [8] 10:24,25
11:2,11,14 138:1,3,8
**materials** [2] 46:1,3
**matter** [4] 5:3,7 23:3
108:1
**matters** [5] 5:4 7:22 68:7
72:21 108:11
**may** [12] 9:10 32:7 44:11
66:6,14 69:8 116:21
117:11,12 128:10 130:25
136:5
**MBA** [1] 24:13
**mean** [66] 11:2,6 12:14
15:8 22:4 23:14 27:12
28:10 59:12 71:8,10,11
71:16,16 78:2,10,16,20
81:18 84:22 87:4 88:17
88:17 89:3 90:6 91:1,5,12
91:24 95:2 99:18,18
101:10,14,14,24 103:1,4
103:9,9,10,12 104:14
105:14,25 107:13 108:10

**meaning - pay**

109:2,7 113:22 115:5,16
116:9 120:5,5 121:16
123:11,13 124:3,17,21,25
124:25 125:9 130:1
133:18

**meaning** [1] 133:4

**means** [8] 11:7 15:16
28:11 43:23 45:1 71:19
90:23,23

**meant** [2] 21:15 30:23

**med** [1] 90:25

**Medicaid** [4] 98:23
121:21 122:18 125:11

**medical** [9] 44:6 45:3
98:1,19 119:16 120:1,12
124:21 126:14

**Medicare** [4] 120:9
121:21 122:18 125:11

**Melton** [2] 100:10,22

**members** [3] 99:20
100:11,20

**memo** [40] 82:18,21 83:7
83:12,14,16,18 84:3,11
87:5,10 88:25 91:14,24
92:5,10 93:24 95:22 96:19
96:24 97:2,14 98:22 99:2
101:19,23 107:16,23
108:9,13 112:24 113:5,7
113:10 116:12,20 119:20
122:14 126:20 127:25

**memorandum** [5] 86:19
86:24 87:15 88:8 101:6

**memory** [1] 32:7

**mention** [1] 105:19

**mentioned** [4] 102:10
104:23 105:20 137:24

**merged** [3] 73:24,25
128:9

**MESSRS** [2] 2803:15
2803:23

**Metro** [1] 3:6

**Miami** [1] 2803:21

**middle** [3] 2803:2 94:6
108:24

**might** [4] 12:22 71:11
130:2 132:3

**mind** [1] 50:14

**Mine** [1] 83:19

**minute** [2] 24:14 136:6

**minutes** [3] 40:25 44:11
44:14

**miss** [1] 37:13

**missed** [1] 112:23

**Misstates** [1] 96:24

**mistake** [1] 66:15

**misunderstanding** [1]
34:22

**misunderstood** [1] 66:6

**Monumental** [26] 22:12
22:14,16,20 26:18 28:6
28:25 29:14 31:9 34:2,3,6
34:12,24 35:1 36:7,23
37:3 46:21 53:3 64:17
65:6 85:23 92:13,18,19

**morning** [1] 4:15

**most** [3] 39:12 132:9
133:4

**move** [4] 29:4 52:11
126:20 133:3

**moved** [2] 41:23 100:15

**moving** [1] 107:4

**Ms** [33] 4:15 8:24 10:11
46:4 47:1 48:13,14,14,14
48:22,24,25,25 49:12
58:21 66:7 68:6 72:20
75:11,17 76:1,25 77:6,17
79:9,17 80:4 82:15,17
83:5,13 88:24 136:11

**multiple** [9] 18:19 33:5
33:7,8 38:3 39:23 59:14
60:5 65:14

**must** [1] 137:11

**-N-**

**N** [1] 2:1

**name** [26] 4:3 12:22 13:7
18:18 20:14,22 33:21
34:21 35:4,8 36:12,13,14
36:16,17,18 53:13 56:19
57:6 74:20,23 79:4 85:2
102:17 114:25 128:11

**names** [3] 100:19 114:16
128:13

**narrow** [2] 8:11 58:5

**necessary** [24] 88:21
93:18 94:5,8,10,22 96:3,6
96:20 97:1,3 98:18 99:4
118:8,9,25 119:20 122:13
125:9,13 126:23,24 127:9
127:12

**need** [15] 5:4,19 9:4,9,9
28:19,21 84:22 98:22
99:15 100:6 119:4,25
121:20 122:12

**needed** [5] 97:5 99:3
121:9,12 122:10

**needs** [1] 61:10 71:24

**neither** [2] 108:11 139:15

**Netherlands** [5] 59:18
59:20,23,25 60:4

**Neva** [3] 46:13 49:8 82:15

**Neva's** [1] 46:17

**never** [5] 33:14,15 73:16
74:18 77:4

**new** [43] 13:5 17:8,11
48:3 61:5,6,6,23,24 62:1
65:12,21,22,24 66:9,15
66:16,18,20,24,25 67:2
67:10,16,17 68:1,9 75:12
75:16,18,20 76:2,9,11,14
77:5,7 78:17 79:6,12
89:12 122:12 127:20

**newer** [1] 79:25

**next** [10] 25:12,19 36:11
40:9,12,21 41:1,17 47:19
88:2

**nickname** [2] 18:23
20:23

**night** [2] 109:24 110:5

**nobody** [4] 108:5 131:11
133:25 134:8

**nor** [3] 108:12 139:16,19

**normal** [1] 104:14

**Notary** [3] 3:5 139:5,24

**notes** [2] 110:6 139:11

**nothing** [4] 68:6 107:24
109:1 139:14

**notice** [8] 6:11,18 99:13
107:5 110:17 119:2
121:21 122:17

**noticed** [1] 7:25

**notices** [1] 125:10

**notified** [1] 99:12

**notify** [1] 111:5

**now** [58] 6:15,22 8:9,21
13:18 14:24 22:2 24:16
31:3 37:22 40:23 41:12
44:9,12 45:8,22 68:5,9
73:23 74:1 79:12 81:25
83:25 93:5,16 95:20 97:9
99:8 100:18 103:16
107:11 108:14,24 109:6
110:12,20 111:23 113:19
114:10 117:9 118:13
119:15,15,23 120:17
122:12,14,25 123:9 124:8
125:10,14 126:15,23,24
127:11,25 128:11

**number** [13] 41:8 71:3,6
80:21 94:15 109:10 114:9
114:10,21,23 115:1 133:3
135:7

**numbered** [4] 3:3 81:4
94:15,18

**numbers** [2] 28:11
116:10

**NV** [1] 59:21

**-O-**

**O** [1] 2803:15

**object** [17] 9:19 13:21
14:17 17:21 18:15,25 19:7
19:19 20:20 37:10 41:10
43:12 52:6 57:1 72:19
89:10 111:8

**objecting** [1] 7:2

**objection** [47] 10:8 20:1
44:1 54:10,21 60:1,14
61:21 69:6 70:5,12 71:14
72:18 73:2 74:11 75:6,15
75:22 76:6,17 77:2,10
83:10 84:8,19 86:8 87:2
91:3 96:23 98:25 104:2
115:14 116:25 122:5
123:21 124:2 125:6 127:1
127:14 131:5 132:17,24
135:3 136:19 137:9,19
138:4

**objections** [2] 109:24
110:5

**obtained** [1] 30:13

**obviously** [3] 108:12
114:7,17

**Occidental** [9] 11:25
12:7 13:14 14:5 16:6
52:15 56:9 63:4 64:2

**occur** [3] 6:16,18 117:21

**occurred** [3] 29:1 34:10
118:2

**off** [16] 8:24 15:6,25 20:24
22:13 75:24 81:10,25
88:18 99:19 100:8 114:7
115:7 117:11 118:7 126:7

**office** [21] 45:20 47:2
52:5 56:1 57:24,24 58:2
58:10 59:13 60:20 62:11
62:13,20,25 63:2 64:22
64:25 65:2 92:25 115:5
139:21

**officer** [2] 112:2,3

**offices** [13] 54:7 59:14
59:17 60:5,6,8,22 63:12
63:15 64:9 65:8 115:11

**official** [3] 59:3 60:10
112:6

**Ohio** [7] 12:2,9 13:16
14:7 16:12 52:20 64:5

**old** [5] 33:14 57:6 74:17
127:20 130:23

**oldest** [2] 129:24 130:1

**once** [2] 121:17,17

**one** [40] 5:3,9,12 6:16 7:3
7:9,15,24 9:9 16:22 17:2
17:3 22:19 23:19 33:15
37:14,24 40:15 42:5 45:16
48:16 49:5 50:13 61:24
68:1 69:8 73:24 75:8,9
80:19 83:4 101:21 105:23
115:13 120:9 122:16
126:7,8 131:13 134:11

**ones** [2] 49:20 67:12

**onto** [1] 28:12

**operate** [4] 10:24 11:2
11:10,11

**operates** [1] 10:25

**operating** [8] 18:19 20:9
20:9 103:5,5,13 112:2,3

**operation** [5] 11:4,6,9
49:7 92:16

**operational** [4] 18:19
20:10 29:19 103:6

**operations** [13] 11:8
14:22 16:3,5,15 30:21
31:1 43:14 45:9 46:6,18
47:1,6

**opinion** [1] 106:16

**ORAL** [2] 2803:11 3:1
139:4

**order** [6] 48:20 95:22
104:23 121:8,24 122:3

**organizational** [1]
47:21

**original** [7] 11:21 30:8
50:13 70:15 86:4 129:18
129:23

**originally** [2] 34:17
62:21

**originating** [5] 51:3,25
52:2 54:9 55:2

**otherwise** [1] 139:20

**ought** [1] 89:16

**outcome** [1] 139:20

**outside** [2] 24:13 77:12

**overlap** [1] 7:21

**overpaid** [4] 106:16
133:20,21,23

**overpaying** [2] 113:12
113:13

**overpayment** [1] 106:20

**overpayments** [1]
106:21

**overriding** [1] 137:10

**oversee** [7] 43:14,23
61:25 66:13 68:25 71:21
100:15

**overseeing** [7] 65:23
66:17,18 75:17 76:2 77:6
77:17

**oversees** [1] 61:5

**oversight** [1] 2:9

**own** [2] 6:21 103:23

**owned** [2] 12:16 35:22

**-P-**

**P.O** [1] 2803:24

**package** [5] 96:18 111:1
127:19,20,20

**packages** [1] 127:21

**page** [14] 2:2 69:21,22
70:19,20,23 73:10 74:15
82:15 92:2 111:25 120:18
120:22 121:3

**paid** [8] 28:15 33:20
118:22 124:15 125:2
134:22 135:11,17

**paperless** [1] 95:3

**paragraph** [1] 118:17

**parens** [1] 128:5

**parent** [1] 14:15

**Parkway** [1] 2803:17

**part** [15] 14:9 18:24 22:1
22:5 23:25 34:14,16 35:1
36:24 51:1,7 113:3 116:11
116:13 137:10

**part-time** [5] 21:11,17
22:22 23:23 24:1

**particular** [25] 8:10 27:1
27:4 42:12 50:3,21 51:8
52:5,10 70:7,7 71:25 72:6
72:13 73:9 74:1,6 75:13
76:15,22 118:17 121:8
132:20 133:8,10

**parties** [2] 139:16,19

**Partners** [10] 18:14,17
18:24 19:6,9,10,13,16,24
20:7

**parts** [1] 6:15

**past** [6] 62:16 63:25 64:3
64:10,15,18,19 67:21

**Pat** [1] 58:20

**pathology** [1] 127:17

**pause** [1] 81:9

**pay** [21] 10:14 17:19
93:19 94:22 95:22 119:1
119:20 121:18,24 122:3
125:1,10,17,23,24 126:1
126:5,9,13,25 127:9

**payable** [2] 120:24
137:12
**paycheck** [2] 42:12
53:23
**paychecks** [2] 18:1
35:14
**paying** [10] 93:21 99:6
105:5,21,25 121:16,16
122:9 126:14 133:22
**payment** [13] 106:5
118:22 119:6,13 120:1,8
120:12 122:23 124:19
125:3,17,21 126:17
**payments** [3] 120:19
122:21 125:13
**payroll** [2] 53:23 138:5
**payrolled** [1] 138:2
**pays** [2] 10:15 11:16
**people** [18] 20:10,12 38:4
48:12 53:25 61:2 65:1
66:4 83:3,5 87:19 101:10
121:18 129:19 131:3
132:7 135:9,21
**Peoples** [32] 12:1,7 13:14
14:6 16:9 33:10,18,22
34:8,12 35:1,3,24 36:5,23
37:17 39:18,25 40:6,7,13
40:18 41:18,20 42:1,19
52:18 56:12,20 63:16,24
85:19
**percent** [2] 59:11 73:25
**perception** [1] 108:17
**perform** [13] 11:17,19,23
11:24 12:4,10 13:9,12
14:13,14 17:10 19:12
49:25
**performed** [3] 37:17,20
53:15
**performing** [6] 16:18
17:18,25 19:23 20:17
39:12
**perhaps** [5] 71:11 80:19
87:23 94:12 131:25
**period** [9] 22:23 26:13
28:19,24 29:4 37:7 38:13
100:12 132:15
**person** [9] 47:4 100:24
128:24 129:24,24 130:1
131:21 133:4 134:13
**personal** [5] 5:2,2,3,3
107:20
**personnel** [1] 128:20
**persons** [6] 89:5 100:24
103:24 134:12 135:15
137:13
**PFL** [6] 33:11,13,14 73:19
73:22 75:5
**Ph.D** [1] 27:25
**phonetically** [1] 100:6
**phrases** [1] 70:10
**physician** [1] 127:16
**place** [3] 115:13 125:14
139:11
**places** [7] 11:4,6,10 20:17
52:13,16 60:7
**Plaintiff** [2] 2803:5,19

**plan** [2] 26:24 27:1
**planning** [2] 7:17 68:1
**plans** [4] 44:7 45:3
**play** [3] 25:5 38:23 46:8
**point** [24] 23:18,19 24:22
27:14 28:3 29:13,18 31:21
31:25 33:5,9 34:2,2,6,23
38:8 39:25 40:15 42:2,5
68:12 88:2 116:1 126:10
**pointed** [2] 107:19
134:12
**pointing** [1] 113:25
**policies** [10] 37:20 39:1
39:2,4,6,7,11,13,14 43:19
43:20,23 44:7,17,20 45:3
45:3,4,4,11 50:20,21,22
50:22,23 51:6,9,12,19
53:6 54:19 55:5,7,12 56:1
56:16 57:15,17,20 58:7
61:18,20 62:4,5,10,14,17
62:23 63:5,7,8,9,17,25
64:3,7,10,18 65:3 67:15
67:24 69:1 71:23 73:18
73:18 74:4 77:18,22,23
79:10 90:11,17 91:14,16
91:18,20 92:7,7,9,13,18
93:2,7,10,11,13 98:17
108:18,20 112:15 113:20
114:13,24 115:18 116:13
116:16,19 117:6,20
128:12,23 129:1,11,13
131:20 133:10,11 137:15
137:18,22
**policy** [74] 23:15 27:4
55:17 56:7,10,13 62:19
65:21,22 66:16 68:9 69:4
69:17 70:1,3,7,8,11,14
71:2,23 72:5,10,13,16,25
73:9,9 74:7 78:8,12,13,17
78:25 79:2,5,11 80:16
90:24 106:9,19 113:6,6
113:16,17 119:1 123:7
124:14 128:10,17,17
129:18,23,25 130:11,21
130:23 131:1,4,12 132:4
132:8,16,20 133:4,6,8,10
133:13 136:23 137:2,5,7
137:11
**policyholders** [4]
106:19 116:4 126:12,12
**pose** [1] 84:5
**position** [1] 107:7
**possible** [1] 4:20
**possibly** [1] 113:16
**practical** [1] 7:23
**predates** [1] 97:14
**predecessor** [2] 128:5
131:25
**prefer** [1] 81:19
**premium** [5] 28:16 31:19
33:3 37:23 47:20
**Premiums** [1] 28:16
**preparation** [2] 9:17
10:2
**prepared** [3] 8:25 9:16
73:4
**president** [42] 16:3,5,7,7

16:10,10,13,15,19 17:4
17:10,24 31:5,6 32:13,14
41:17,20 42:4 47:13,18
47:20,21,25 48:1,3,6
53:21 60:12,12,17 61:3
61:17 80:7 82:23,23 112:2
112:6,7,8,9 129:6
**pretty** [1] 113:15
**prevent** [1] 105:12
**previous** [1] 88:16
**previously** [5] 57:11
62:3 118:14 119:24
128:11
**prices** [5] 106:2,2,3,3
119:9
**primary** [1] 39:10
**print** [1] 71:24
**privileged** [1] 9:4
**problem** [1] 51:7
**procedural** [4] 105:1,1
110:25 111:7
**procedure** [2] 3:3 107:14
**procedures** [13] 25:6,7
86:21,24 99:12 104:25
105:3 107:8 109:7,8
110:20 122:7,10
**proceed** [1] 8:22
**process** [16] 20:12 71:20
84:4 89:20 96:4,6 97:5
105:15 111:2,3 123:18,24
124:3 125:5 130:3 133:16
**processed** [3] 33:7,7
43:16
**processes** [1] 99:12
**processing** [5] 31:20
91:15 117:18,20 123:25
**processors** [1] 31:20
**produced** [3] 3:2 80:18
80:21
**product** [38] 10:9 27:5,6
48:6 61:24,24 62:1 65:16
65:24 66:10,14,16,18,21
66:24,25 67:3,10,16,17
71:12 75:12,16,18,20 76:2
76:12,14,15,22 77:6,7,8
80:5 105:16 113:1 129:2
129:6
**products** [33] 44:3,4,5
44:20,21,24 45:2,6,18,23
46:2 61:6 65:12,20 67:21
71:20 76:9 78:5,7,15
112:19,25 113:4,5,8,9,10
113:11,13,14 114:12,13
133:7
**progressed** [3] 29:18
30:6,16
**progressing** [1] 30:25
**progression** [1] 36:11
**progressive** [1] 29:20
**project** [33] 41:14 61:4,6
61:7,17,25 65:13,24 66:3
66:5,10,12 76:1,25 77:17
99:11,20,21 100:11,13,15
100:20 101:5,9,13 104:25
111:15 112:20 113:3
116:11,13,18 117:15

**projects** [16] 61:5,8,10
61:13,19 65:14,17,19 66:7
66:13,19 77:21 78:1,2,3
79:10
**promoted** [1] 32:4
**promotion** [1] 30:8
**promotions** [1] 30:4
**prompted** [1] 89:8
**pronounce** [1] 82:9
**proof** [17] 97:5 118:23,24
119:5 121:11 123:8,9,11
123:13,16,19 124:5
127:17 134:23 135:11,18
136:17
**proofs** [1] 134:2
**proposed** [2] 101:18
108:4
**proposing** [5] 86:14,18
86:20,20,23
**protocol** [1] 104:14
**provide** [14] 5:22 87:7
87:13 91:7 109:15 119:4
120:6,7,8 123:7 124:17
124:24 125:15,15
**provided** [13] 6:1,3 9:24
10:4 80:22 87:8,10 98:11
117:5 119:1 121:8 124:15
126:21
**provider** [7] 118:23
120:1,12 122:20,23
124:21 125:12
**providers** [6] 98:1,1,11
98:19,24 119:17
**Providian** [11] 34:19,20
34:21 35:8 36:11,13,15
36:18,20,25 37:8
**providing** [1] 110:18
**Public** [3] 3:5 139:5,24
**purchased** [1] 22:3
**purpose** [3] 7:12 58:4
109:9
**pursuant** [1] 3:2
**put** [11] 28:12 37:4 41:13
54:13 99:11,19 101:5
104:24 110:22 124:3
128:5

**-Q-**

**questioning** [1] 44:10
**questions** [13] 7:15,25
8:3,11 9:5 68:15 89:19
108:11 133:15,16 136:2,6
136:12
**quick** [1] 136:12
**quickly** [1] 4:20
**quote** [7] 88:19 113:1,2
121:20,22 122:12,13

**-R-**

**R** [2] 2803:20 139:1
**raised** [1] 72:20
**Rapids** [5] 58:11,16,24
59:7,24 60:12,20,23
**rate** [17] 85:11 89:13,14

**89**:16,22,25 90:10,13 93:6
93:10,14 105:11,12,14
117:3 134:9,13
**rates** [1] 134:17
**rather** [2] 82:17 83:4
**RE** [1] 139:4
**reach** [1] 132:23
**read** [6] 50:12,13 103:23
118:16,18 129:15
**reading** [2] 98:14 122:13
**reads** [2] 88:19 107:10
**ready** [1] 117:15
**realized** [1] 62:2
**really** [10] 8:16 21:15
26:25 32:10 38:14 39:3
45:17 59:10 71:10 130:13
**reask** [1] 96:25
**reason** [7] 5:19 22:19,20
83:24 89:17 90:19 122:8
**receive** [5] 84:2 119:10
123:25
**received** [6] 6:17 27:1
27:3,9 95:21 109:24 110:4
114:19 125:2 136:17
**receiving** [1] 122:8
**recently** [1] 116:9
**recess** [5] 44:15 88:4
128:15 135:25 136:8
**recommendation** [2]
108:18,23
**recommended** [2]
101:23 110:21
**record** [2] 115:6 136:11
**records** [4] 78:12,16
115:11,12
**recover** [1] 106:19
**refer** [12] 13:25 15:9,11
15:11,22 70:7,9,14 84:2
94:21 98:7 101:15
**reference** [4] 57:4 81:19
93:18 128:9
**referred** [2] 60:21 70:19
**referring** [18] 11:9 15:14
15:17,21 30:16 31:3 70:20
93:21 94:8 96:1,11,16,17
96:19,21 97:3,4 99:5
121:6
**reflect** [3] 84:14 119:12
136:21
**reflected** [2] 118:12
121:25
**reflects** [1] 121:10
**regard** [12] 5:9 6:18 8:5
39:13 64:12 65:19 72:13
73:8 77:18 79:11 87:13
101:8
**regarding** [1] 84:3
**regards** [1] 5:12
**registering** [1] 120:24
**related** [6] 5:6 67:16
68:17 78:16 90:16 139:16
**relation** [2] 6:3 61:19
**relationships** [1] 29:11
**relative** [1] 139:18

Index Page 7

**remark** [4] 120:25 121:3
121:8,10
**remember** [47] 5:16
13:18 16:8,11,24 17:3
21:12,16 22:13,19 24:23
25:18,19,22,25 26:9,11
28:10 30:4 32:2,3,4,6,15
32:19 33:1,21 34:10 39:3
40:11 42:9 45:13 82:25
100:18 110:24 111:12
113:14 114:6,10 115:9
116:10,21 131:16,18,23
133:16 135:22
**remembering** [1] 6:8
**repeat** [1] 11:21 72:24
**rephrase** [5] 11:22 46:11
77:5 123:23 126:22
**replace** [3] 76:3,5,8
**report** [18] 28:11,12 46:15
48:9,12 49:2,5,18,22
53:18 54:1 61:2 83:3
85:12,14 116:16 127:17
137:15
**reported** [6] 38:4 82:19
101:14,15,25 102:19
**REPORTER'S** [1] 2:18
**reporting** [9] 25:20 26:2
26:6,10,14,20 28:4 83:6
86:2
**reports** [13] 27:9 28:14
28:15 38:3 41:9 46:11,22
47:5,11 49:15 87:24
128:25 129:9
**representative** [2] 8:1
8:3
**representatives** [1]
38:1
**representing** [2] 4:3,8
**reps** [1] 31:19
**request** [2] 110:21 132:7
**requested** [1] 111:2
**requesting** [2] 105:4
124:4
**require** [11] 49:10 118:13
119:15,15,24 121:7
127:15,16,16,17,22
**required** [4] 84:1 123:16
134:22 135:17
**requirements** [1] 135:1
**requiring** [4] 118:14
119:23 122:25 125:25
**research** [2] 130:11,12
**Reserve** [7] 12:2,8 13:15
14:7 16:12 52:20 64:5
**respect** [1] 107:15
**respond** [1] 77:14
**responding** [1] 9:14
**response** [3] 5:23 7:16
12:20
**responses** [1] 9:10
**responsibilities** [12]
30:10,11,14 31:18 38:12
39:10 41:2,4 43:1,3,11
45:15
**responsibility** [7] 41:6

42:23 45:12 49:8 80:8
101:8,11
**responsible** [26] 31:22
31:24 37:23,25 38:6,9
45:19,25 61:23 80:11
85:11 89:21 92:17,18 93:5
93:14 101:17,22 103:25
117:2 128:22 129:11,12
129:23 131:19 134:13
**rest** [4] 28:21 33:21 71:18
109:3
**result** [2] 6:16 101:6
**resulted** [1] 112:9
**review** [3] 10:1 71:21
130:12
**reviewed** [2] 9:17 10:4
**reviewing** [1] 131:19
**reviews** [1] 130:11
**revisions** [1] 88:13
**Richard** [1] 47:20
**right** [82] 6:22 8:15,23
12:21 13:8,18 15:20,24
25:14 26:14 27:11 28:5
29:1,2 30:21 31:14 33:2,6
33:23 34:24 35:4,24 36:2
37:5,19,22,23 38:7 40:10
40:23 41:15,24 42:13 43:7
43:8 44:9 45:8,22 48:11
51:5 53:6 55:2 60:3,20
67:14,18 68:18 69:2,24
70:24 75:18 76:20 82:17
85:21 88:5 89:22,24 91:9
91:13 92:1,19,20 93:11
93:16 94:21 95:15 98:24
100:18 104:23 109:6
110:23 111:23 114:10
117:3 118:4,18 120:3
124:12 125:13 129:7,8
134:14
**Rock** [58] 2803:25 3:6,7
18:9 43:15 45:10 46:7
47:5,5,7,12 48:13 49:5,17
49:20,22 50:5,9,19,23
51:5,17,21,25 52:13 53:1
53:2,4,8,25 54:3,15,23
55:14,19 56:23 57:24
58:13 60:23 61:2 62:8,18
62:20,25 63:11,18 64:22
74:25 79:22 80:12 82:8
83:3,7 87:25 92:20,21
93:1,3
**role** [17] 6:23 7:15 8:2
25:6 26:19 31:7,16,23
33:4 38:23 39:18 43:24
46:8 61:18 65:25 66:1
131:19
**roles** [1] 47:10
**roll** [2] 65:12 76:8
**roll-outs** [1] 61:24
**rolled** [2] 76:11,22
**rolling** [1] 68:1
**Ron** [2] 47:18 80:7
**Rules** [1] 3:2
**run** [1] 116:6

**-S-**

**S** [1] 2:7

**S3** [2] 120:25 121:3
**sad** [1] 21:14
**Saturday** [3] 4:18 14:14
136:3
**save** [2] 87:23 134:6
**saw** [1] 92:1
**says** [10] 69:25 74:15 82:3
90:20 91:23 94:4 95:10
108:6 118:19 121:3
**scan** [3] 95:6,11,13
**scanning** [3] 94:25,25
95:2
**school** [10] 18:6,7,9,11
20:25 21:1,4,18 23:25
24:3
**schooling** [5] 24:6,7,9
24:10,12
**scope** [1] 8:4
**Scott** [1] 47:19
**SEAL** [1] 139:21
**second** [2] 59:23 82:14
**see** [22] 8:7 15:5 19:4,16
59:16 68:16 70:23 79:16
80:14 82:15 100:2 115:22
118:15 120:21,23,25
121:4 127:9,15,20 129:25
134:11
**seeking** [1] 106:21
**segregate** [1] 6:19
**segregating** [1] 8:7
**select** [1] 117:14
**selected** [1] 117:12
**sell** [2] 36:21,25
**send** [5] 51:3 96:9 114:8
114:11 124:4
**senior** [22] 16:3,5,7,10,13
18:3 22:17 30:18,21,25
31:5 32:8,9,23 41:23 43:4
43:10,25 44:18 45:9 46:6
82:23
**sense** [2] 125:1 127:13
**sent** [1] 116:3
**sentence** [6] 88:19,22
93:17 94:7 127:8 128:1
**separate** [1] 52:8
**separated** [1] 115:20
**separately** [1] 17:20
**separater** [1] 95:18
**separates** [1] 95:8
**series** [3] 70:2,2,8
**serve** [1] 32:21
**service** [23] 17:17 22:24
23:2,8 25:2,14,17 26:11
26:14,15 28:25 29:3,5,10
29:17,19,23,24 31:19 33:3
37:25 48:1 133:12
**services** [31] 11:17,19
11:23,24 12:5,10,12,21
12:24 13:4,9,12,17 14:13
14:14 16:16,18,20 17:5
17:10,11,14,18,24,25
19:12,23 37:17 49:25 53:5
53:14
**set** [2] 109:23 139:11

**seven** [2] 106:11,13
**several** [2] 22:24 74:21
101:14 120:5 127:18
**share** [1] 80:19
**shared** [1] 48:10
**sheet** [6] 46:3 95:11,20
96:9,10,16
**Shepherd** [6] 59:5,6,6,9
59:21,24
**Shield** [2] 98:23 124:12
**short** [1] 79:4
**short-term** [4] 39:7,9
44:6,25
**shorthand** [1] 139:11
**show** [13] 46:1 70:20
80:18 94:10 97:5 110:14
119:4,9 123:8,11,13 125:2
125:25
**showing** [8] 118:21
122:21 124:18,23,23
125:12,16 126:16
**shown** [2] 9:21 109:20
**shows** [4] 95:7 119:25
120:7 124:25
**SID** [1] 57:4
**sign** [4] 112:14 114:7,8
117:16
**signature** [4] 2:19 6:17
6:23 111:24
**signed** [2] 111:24 112:12
**significant** [1] 7:21
**similar** [6] 47:4 49:9
112:14 113:17 133:10,13
**similarly** [1] 54:9
**Simino** [6] 48:5,15,25
129:4,5,5
**simply** [2] 5:22 108:5
**Simpson** [3] 2803:23
4:13,13
**Sinclair** [65] 2803:15,16
2:5 4:2,3,5,15 6:10,13 7:7
7:11,14,19,24 8:15,18,23
8:24 10:10,11 44:14,16
57:16,19 58:5,9,10 68:15
69:10,13 81:15,18,25 84:9
88:1,5 94:17,21 96:12,15
107:6,18 108:4,8,16,23
109:11,14,16 110:2,8,11
110:14 120:13,17 123:23
123:24 128:16 135:24
136:1,19 137:9,19 138:4
138:11
**situations** [1] 56:3
**six** [2] 40:1
**skills** [1] 108:19
**skipped** [1] 127:6
**smaller** [1] 49:9
**software** [5] 78:21,24,25
79:1,6 80:2
**sold** [7] 27:7,8 36:22 67:3
67:7,11,18
**solely** [1] 10:4 90:16
91:14
**solution** [1] 108:5

**someone** [6] 9:25 83:16
84:14 90:7 115:7 116:6
**sometime** [2] 26:1 28:8
**somewhere** [4] 5:17
11:13 75:2 103:16
**sooner** [1] 9:12
**sorry** [46] 4:18 9:7 11:20
12:19 20:24 23:3,12 24:11
25:15 26:23 28:7 30:19
32:14 34:22 40:23 57:8
59:16,19 61:1 66:6 75:17
77:25 78:23 84:10 85:2
85:18,20,24 92:8 93:22
93:23 95:2 96:25 97:23
98:13,13 99:24 113:24
116:24 117:1 119:18
121:23 127:7 129:1 130:2
136:3
**sort** [5] 20:15,17 45:14
79:16 86:18
**sought** [3] 102:1 104:5
104:22
**sounds** [1] 102:9
**South** [1] 3:6
**SouthBridge** [1]
2803:17
**speak** [9] 38:14 62:6
74:13 88:24 109:22
130:16 134:19 135:8,13
**speaking** [5] 7:16 8:6
9:14 107:15 130:22
**speaks** [1] 8:5
**specific** [24] 39:17 40:11
50:3 60:10,16 71:12,16
72:5,15 76:13 82:25 84:22
91:6 93:9 96:8 113:14
114:21,23 115:1 119:4,23
132:19,21 133:1
**specifically** [19] 32:19
39:17 73:1,6 75:10,23
76:8 83:16 99:18 100:17
111:22 114:6,13 116:18
117:14 128:18 130:13
131:16,18
**specified** [1] 98:8
**specify** [1] 56:15
**speed** [1] 94:12
**spell** [3] 85:2 100:4,6
**Spelled** [1] 102:9
**spent** [1] 39:12
**split** [2] 54:18 55:7
**spoke** [3] 9:2 87:19 89:1
**spreadsheet** [1] 28:12
**staff** [12] 26:21 27:15
28:4 61:12,25 65:23 66:5
66:17 99:22,23 100:3
101:15
**staffed** [2] 75:4,5
**stand** [1] 71:5
**standpoint** [1] 73:17
**start** [16] 7:9,10,18 8:8,20
8:21 15:6,25 18:3 25:21
44:10 50:16 68:13 88:2
88:18 99:19
**started** [8] 28:3 29:23
41:14 100:14 105:5

**starting** [5] 29:22 68:9 107:3 108:9,13

**state** [12] 71:7 72:3,6,7,8 72:9,14,15 73:6 111:6,6 139:2

**statement** [7] 56:17 122:20 124:18 125:12,16 125:20 127:16

**statements** [2] 119:9 127:18

**states** [6] 2803:1 69:8 72:4,11,16 111:21

**statute** [2] 15:14,21

**statutory** [42] 13:24 14:19 15:3,8,9,11,16,20 19:15 31:12,17 33:8,15 35:5,19,23 36:4,21 37:18 42:8 50:6 53:5 54:8 56:19 57:11,13,23 58:2 60:21 60:24 62:14 63:20,22 64:7 64:10 66:20,23 67:8,10 74:7 92:21 115:21

**STD** [3] 44:25 45:2 51:10

**step** [4] 37:16 61:1 62:2 65:11

**steps** [1] 99:16

**Steve** [19] 85:1,8 87:6,18 87:20 89:4,5,9,12,21,24 90:9 100:12,14,23 101:25 105:4,24 117:2

**still** [3] 36:20 87:4 102:11

**STIPULATIONS** [1] 2:3

**stood** [1] 71:17

**stop** [9] 7:9,9 26:22,23 27:6 28:20 88:21 94:6 134:9

**stopped** [1] 26:9

**stopping** [1] 88:2

**store** [1] 80:15

**stored** [1] 79:1

**structure** [1] 115:10

**subject** [11] 7:22 68:7 72:21 90:20,21 91:13 92:2 108:1,11 109:9,23

**subjects** [3] 7:6 108:12 109:6

**submission** [1] 98:10

**submit** [3] 118:20 119:14 123:16

**submitted** [3] 98:11,18 121:11

**submitting** [9] 96:21 97:11,20 98:3,16 106:7,8 118:19,24

**subsidiaries** [3] 11:19 13:20 19:6

**subsidiary** [10] 10:17 10:20 11:17 16:17,21,23 34:12 35:23 36:4,7

**substance** [1] 5:4

**subsumed** [1] 107:25

**Such** [2] 23:1,2

**Suite** [2] 2803:18,20

**suited** [1] 131:8

**summary** [3] 121:20 122:17 125:10

**supervise** [6] 44:18,21 45:6 49:12 50:15 65:9

**supervised** [3] 38:25 41:5 50:10

**supervises** [1] 46:4

**supervising** [1] 41:14

**supervision** [1] 139:9

**supervisor** [11] 29:5,16 29:23 30:7,12 31:8,11,16 31:23 39:20 46:24

**supervisors** [2] 41:5 102:2

**supplement** [4] 90:22 91:1,6,7

**supplemental** [8] 57:4 74:15,24 90:20,21,23,24 91:7

**supplements** [1] 90:23

**switch** [3] 35:9,12 108:25

**switched** [3] 34:8 37:3

**sworn** [3] 2:4 3:10 139:13

**system** [27] 71:22,25 77:22,22 78:4,5,8,9,12 78:13,13 79:3,12,20,22 79:25,25 95:1,4 115:16 115:19,20 116:4,5 124:4 139:10

**systems** [7] 61:6 78:1,2 78:2,14 80:10,15

---

**-T-**

**T** [3] 2:7 139:1,1

**taking** [1] 7:3

**tangent** [1] 20:24

**taxes** [1] 28:16

**team** [11] 30:7 31:7,11,16 31:23 99:11,20,21 100:11 100:20 101:5,9,13 104:25 111:15 116:12 129:12

**team's** [1] 113:3

**technology** [2] 47:19 80:15

**telling** [1] 104:17

**template** [1] 75:13

**Tennessee** [4] 2803:2 72:9,14 73:1

**Tens** [1] 114:9,22

**tenure** [1] 130:2

**Teralyn** [4] 47:13 61:3 61:17 65:11

**Teresa** [2] 100:13,23

**term** [5] 15:22 90:21 113:1 136:22 137:1

**terms** [4] 42:11 72:10 133:5,6

**terrible** [1] 21:11

**testified** [1] 3:11

**testify** [2] 73:4 129:17

**testimony** [5] 6:1 10:2 108:14,15 135:7

**text** [5] 91:23 92:1 98:9 113:19,21

**thank** [4] 102:21 136:2 138:10,11

**themselves** [1] 4:6

**thereafter** [1] 30:1

**thinking** [2] 45:7,23

**third-party** [3] 12:13,14 13:1

**THOMAS** [1] 2803:15

**thought** [6] 22:9 34:22 71:11 92:13 115:10 131:24

**thousands** [3] 114:9,22 114:23

**three** [6] 26:8 44:20 101:25 103:21 104:8 136:6

**threw** [1] 59:23

**through** [23] 4:20 15:5 19:15 30:1,3,5 48:16,17 54:7 62:20,25 63:2,6,11 65:8 79:17 80:22 82:17 83:4 87:24 88:21 93:16 135:5

**ties** [1] 72:19

**times** [3] 4:23,25 135:6

**title** [40] 14:25 15:2,6 16:1 22:16 24:21 27:14 29:25 30:8,15,17,18,25 32:8,11,17 40:1,9,12 41:1 41:14,17,23 42:24 43:2 46:17 47:8,9 53:20 59:2,3 60:9,10,16 82:22 86:1 112:5,5,6 130:14

**titled** [1] 97:10

**titles** [6] 15:2,3 29:10 30:5 42:8 47:22

**today** [14] 6:6 7:15 14:13 14:13 22:6 55:18 62:7,12 72:22 85:17 109:17,19 116:8 128:24

**today's** [4] 8:25 9:16,17 10:2

**together** [6] 35:10 90:9 99:11,20 101:6 104:24

**Tom** [1] 4:3

**too** [3] 94:18 106:23 109:2

**took** [6] 21:25 42:23 43:1 44:16 66:14 108:5

**top** [6] 22:13 24:3 73:10 82:3 114:1 115:7

**topic** [3] 2:2 88:25 135:13 110:3

**topics** [3] 8:11 109:23 110:3

**TPA** [5] 17:7,10 27:3,9 28:14

**track** [1] 71:23

**tracks** [1] 71:25

**training** [5] 24:8,14,17 24:17 27:21

**Transamerica** [78] 2803:24,26 10:13,14,17 10:20 11:16,16,24,25 12:3 12:6,6,9 13:13,13,16 14:4

14:5,7 15:13 16:4,6,14 18:1 40:17,19,20 42:3,4 42:14,22 43:3,5,8,10 44:19 46:19 49:19,23 52:11,15,23 54:1,14 55:11 55:16,24 56:5,6,9 57:3 62:22 63:4 64:2,12 66:22 67:7,13,16,20,23 68:17 68:22 91:20,24 93:6,10 112:13,15 113:20 114:13 115:18 116:1 117:25 128:2,7,14

**TransAmerica's** [1] 92:7

**transcribed** [1] 139:9

**transcript.** [1] 2:17

**Transcription** [1] 139:10

**transfer** [1] 42:24

**transferred** [2] 26:1 78:17 79:6

**transitioned** [1] 100:14

**treated** [1] 123:15

**treating** [1] 123:4

**treatment** [1] 122:21

**treatments** [1] 126:7

**trouble** [1] 6:7

**true** [2] 124:24 139:8

**truth** [4] 3:11 139:13,14 139:14

**try** [7] 4:20 56:6 57:22 58:12 105:12 129:15 130:20

**trying** [18] 20:6 35:9 37:13 42:10 43:22 48:16 48:21 51:7 54:25 58:5 105:11,13 111:12 118:7,8 119:19 126:22 134:9

**turn** [3] 81:3 88:5 94:14

**two** [26] 4:25 5:3,5 6:15 6:20 8:8 23:8,21,22 26:8 26:8,12 32:10,15,23,24 32:25 34:14 35:5 68:5 69:8 93:11 108:10,17,21 135:6

**type** [15] 17:13,17 26:21 26:24,24 27:4,5 28:17 51:8 88:7 112:22 120:9 121:8 122:16 133:13

**types** [16] 20:12 39:3,14 39:15,17 44:9 45:11 49:14 49:15 50:21 99:25 96:2 118:19 119:8 130:12 133:7

---

**-U-**

**U.S** [1] 60:4

**ultimately** [1] 103:17

**unaware** [1] 132:5

**under** [18] 14:19 16:24 19:12,23 20:17 35:5 37:20 44:24 45:2 63:20 67:7,11 67:16 114:25 119:1 138:6 139:9,21

**understand** [36] 5:21 7:1 9:5,7 12:19 19:3,21 20:6

14:5,7 15:13 16:4,6,14 18:1 40:17,19,20 42:3,4 42:14,22 43:3,5,8,10 44:19 46:19 49:19,23 52:11,15,23 54:1,14 55:11 55:16,24 56:5,6,9 57:3 62:22 63:4 64:2,12 66:22 67:7,13,16,20,23 68:17 68:22 91:20,24 93:6,10 112:13,15 113:20 114:13 115:18 116:1 117:25 128:2,7,14

**understood** [2] 5:23 6:25

**undertaken** [1] 135:1

**underwriter** [2] 38:25 117:1

**underwriting** [8] 31:22 31:24 33:3 38:6,19,23 48:2 116:22

**uniform** [1] 117:17

**unit** [6] 102:23 103:6,13 112:6,8,8

**United** [3] 2803:1 73:11 73:12

**units** [3] 18:19 20:10 102:24

**university** [3] 3:6 21:5 24:6

**unknown** [1] 100:23

**unless** [1] 8:8

**up** [20] 18:4,5 25:12 28:18 29:18 30:6,16,25 54:18 60:11 74:14 75:11 81:17 82:3 83:13 88:8 94:12 103:16 114:1 116:11

**update** [4] 78:4,4 79:16 127:21

**updating** [5] 78:6,9,11 78:13,19,20

**Upgraded** [2] 79:23,24

**uploaded** [1] 28:13

**USA** [32] 10:20 11:1,4,17 12:12,21,24 13:17,20,23 13:24,25 14:3,10,15,19 16:16,17,19,20,21 17:4 17:14 37:5,8 53:5,13 137:17,21,24 138:2,7

**usage** [1] 15:22

**used** [20] 18:18 20:23 57:6,8,23 62:16,17 64:9 70:10 71:9 74:2,2,7,20,21 87:14 92:20,21,22 111:4

**uses** [3] 58:2 60:21 62:13

**using** [7] 63:13,15,21 64:6 71:3 75:12 122:11

---

**-V-**

**variation** [4] 72:7,9,15 73:6

**various** [8] 15:2 17:25 19:14 44:3 54:8 57:10 95:9 111:20

**vary** [1] 72:10

**verbalize** [1] 9:10

**version** [4] 76:19 80:1 97:13,19

**versions** [3] 70:11 88:16 130:23

**vice** [38] 16:3,5,7,7,10,10

16:13,15 30:9,24 31:5,5
32:13,14 41:17,20 42:4
47:13,18,20,21,25 48:1,2
48:6 53:21 60:17 61:3,17
80:7 82:23,23 112:2,6,7,8
112:9 129:5

**virtually** [1] 68:6

**VP** [22] 18:3 22:17,17
30:15,18,21,23 31:1,3
32:8,9,23,24 40:10,12
41:23 43:4,10,25 44:18
45:9 46:6

**VS** [1] 2803:6

### -W-

**Wagoner** [3] 48:2,14,25

**walk** [4] 30:1,3,5 32:7

**ways** [1] 124:22

**Wednesday** [2] 80:21
80:23

**week** [1] 24:2

**Western** [7] 12:2,8 13:15
14:6 16:12 52:20 64:5

**White** [4] 3:5 139:3,6,24

**Whitlock** [12] 2803:11
2:4 3:1,9 4:16 6:22 8:24
10:11 46:4 82:4 136:11
139:4

**Whitlock's** [2] 68:6
72:20

**whole** [3] 108:10 109:9
139:14

**wholly** [1] 12:16

**Williams** [4] 2803:15
2803:17 4:7,7

**within** [4] 26:3 45:5
107:25 109:7

**without** [2] 104:18
123:19

**witness** [7] 2:4 3:2,10
10:9 28:21 77:11 139:12

**WITNESS'** [1] 2:19

**woman** [1] 18:5

**word** [3] 51:10 57:8 66:11

**wording** [1] 88:23

**words** [4] 5:20 88:13
105:21 106:12

**worked** [17] 21:21,23
22:24 23:7,7,8 25:20
26:21 33:14 73:16,18,19
74:21 99:11 100:10 133:7
133:8

**works** [7] 37:2 46:21 60:4
60:7 85:23 104:16 130:7

**Worksite** [1] 2803:24

**world** [1] 104:15

**write** [4] 83:14,16,18 87:4

**writing** [1] 81:10

**written** [2] 8:14 68:10

**wrong** [3] 57:8 117:2
121:18

**wrote** [1] 126:7

### -X-

**X** [2] 2:1,7

### -Y-

**y'all** [1] 105:21

**year** [8] 23:21 25:24 29:25
32:25 76:13 132:19,21
133:1

**years** [26] 5:10,13,15,17
9:10 23:22 26:8,12 30:4
32:10,16,20,23,24,24,25
40:1,9 74:13 106:1,11,13
106:14 133:2,7,9

**yesterday** [2] 6:8 21:16

**yet** [2] 67:4,19

**York** [3] 13:5 17:8,11

**yourself** [2] 129:21,22

### -[-

**[*Attached** [1] 2:17

**[Taken** [1] 2803:12

### -}-

**}** [1] 139:3

**}ss** [1] 139:2