IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ANTHONY E. GOOCH, Individually and on behalf of all similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **Civil Action No. 1:07-cv-00016** ) |
| LIFE INVESTORS INSURANCE COMPANY AMERICA; and AEGON, INC., | ) **Judge Haynes** ) ) |
| Defendants. | ) ) ) |

## DEFENDANT LIFE INVESTORS INSURANCE COMPANY OF AMERICA'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION

Defendant Life Investors Insurance Company of America ("Life Investors") hereby moves this Court for an order dissolving the preliminary injunction previously entered by this Court on March 6, 2008 (D.E. No. 113). As grounds for this motion, Life Investors relies upon its accompanying Memorandum of Law and evidentiary submissions including the Declarations of James A. Byrne and Marc Chapman, all of which is incorporated into and made a part of this motion. As demonstrated in Life Investors' Memorandum, dissolution of the March 6, 2008 preliminary injunction is warranted.

## CONCLUSION

For the reasons set forth in Defendants' Memorandum of Law in support of this motion, the Court should enter an Order dissolving the preliminary injunction previously entered on March 6, 2008.

Respectfully submitted,

| | |
|---|---|
| Thomas H. Dundon (No. 004539) <br> A. Scott Ross (No. 015634) <br> NEAL & HARWELL, PLC <br> 150 Fourth Avenue, North <br> Suite 2000 <br> Nashville, TN 37219 <br> Tel: (615) 244-1713 <br> Fax: (615) 726-0573 | /s/ Markham R. Leventhal <br> Markham R. Leventhal <br> Julianna Thomas McCabe <br> Jason Patrick Kairalla <br> JORDEN BURT LLP <br> 777 Brickell Avenue, Suite 500 <br> Miami, FL 33131 <br> Tel: (305) 371-2600 <br> Fax: (305) 372-9928 <br> <br> *Attorneys for Life Investors Insurance Company of America and AEGON USA, Inc.* |

**CERTIFICATE OF SERVICE**

  This is to certify that on the 10th day of March, 2009, I electronically filed the foregoing Motion to Dissolve Preliminary Injunction with the clerk of Court using the CM-ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Eric L. Buchanan, Esq.
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
ebuchanan@buchanandisability.com

Thomas O. Sinclair, Esq.
M. Clay Williams, Esq.
Andrew P. Campbell, Esq.
Jenifer Champ Wallis, Esq.
Campbell, Gidiere, Lee, Sinclair & Williams, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
tsinclair@cgl-law.com
cwilliams@cwp-law.com
acampbell@cgl-law.com
jwallis@cgl-law.com

W. Daniel Miles, III, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36103
dee.miles@beasleyallen.com

John E. Tomlinson, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160
john.tomlinson@beasleyallen.com

               /s/ Markham R. Leventhal

175454

3