IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ANTHONY E. GOOCH, Individually and on behalf of all similarly situated individuals, | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 1:07-cv-00016 |
| v. | ) ) Judge Haynes |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA; and AEGON USA, INC., | ) ) ) ) |
| Defendants. | ) |

*[Handwritten annotation:]* ORDER. This motion is DENIED. This action is a prior pending action. The state court action was settled at least provisionally shortly after the state court action was filed. See D/E No. 265-2. The Court will consider whether any relief is warranted against the Defendant at the July 27, 2009 hearing. [signature] 7-6-09

NOTICE OF CLASS ACTION SETTLEMENT
AND MOTION TO STAY CLASS RELATED PROCEEDINGS

Defendant Life Investors Insurance Company of America ("Life Investors")[1] hereby gives notice that it has entered into a Class Action Settlement Agreement (the "Settlement") in a related action which encompasses the class action allegations in this case. The Settlement has been preliminarily approved by the Circuit Court in *Edison Runyan, et al. v. Transamerica Life Insurance Company, et al.*, Case No. CV-09-2066-3 (the "*Runyan* action") and has been scheduled for a final fairness hearing on July 27, 2009. Accordingly, based on comity, judicial efficiency, and the strong public policy favoring settlements, Life Investors moves to stay the class related proceedings in this action pending a decision on final approval of the Settlement in the *Runyan* action. In support of this Motion, Life Investors states the following:

1. After months of negotiations, including mediation before a former United States District Judge, Life Investors has entered into a Class Action Settlement Agreement with

---

[1] Effective October 2, 2008, Life Investors merged into its affiliate Transamerica Life Insurance Company.