# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| ANTHONY E. GOOCH, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) ) | Civil Action No: 1:07-0016 JUDGE HAYNES |
| TRANSAMERICA LIFE INSURANCE COMPANY (f/k/a Life Investors Insurance Company of America); and AEGON USA, Inc., | ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF FILING OF PLAINTIFF'S RESPONSE IN OPPOSITION TO THE DEFENDANTS' MOST RECENT "EMERGENCY" MOTION

COMES NOW the Plaintiff, Anthony E. Gooch, individually and on behalf of all similarly situated individuals, and herby files into the record a copy of his opposition filed this date in the Sixth Circuit Court of Appeals to the Defendants' second attempt to obtain an "emergency" stay of this District Court's proceedings. See Attachment A.

In that pleading, Mr. Gooch notes that the Defendants did not appear and unilaterally attempted to cancel the Arkansas state court hearing set on July 27, 2009. Despite the Defendants' attempts, the state court proceeding did occur and the court was provided with a courtesy copy of the transcript of the proceedings

before this Honorable Court, as well as a copy of this Court's Order. The fairness

hearing was not held and the Honorable Circuit Court of Pulaski County, Arkansas

did not grant final approval to settlement. The Honorable Judge Moody stated on

the record, "But for now, I had intended to comply with Judge Haynes' Order."

See Attachment A and Exhibit 3 thereto, Tr. of the July 27, 2009 Proceedings

before the Honorable Judge Moody in the Circuit Court of Pulaski County,

Arkansas at p. 6, lines 4-15.

Although the undersigned was present at the hearing before the Circuit Court

of Pulaski County, lead counsel for the Defendants was not. See Attachment A

and Exhibit 2 thereto, Order of the U.S.D.C. for the District of South Carolina in

the matter entitled *Belue v. Aegon USA, Inc., et al.* That Order is a result of

hearings held in Columbia, South Carolina the same day the fairness hearing was

to proceed in the Circuit Court of Pulaski County, Arkansas.

WHEREFORE, PREMISES CONSIDERED, this Honorable Court is

provided a courtesy copy of the Plaintiff's Opposition to the Defendants' most

recent attempts to further delay these proceedings.

2

Respectfully submitted,

*/s/ Thomas O. Sinclair*
Thomas O. Sinclair
Andrew P. Campbell
M. Clayborn Williams
Leitman Siegal Payne & Campbell, P.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
Telephone: (205) 803-0051
Facsimile: (205) 803-0053
E-mail: tsinclair@lspclaw.com

Eric L. Buchanan, Esq.
Eric Buchanan & Associates
414 McCallie Ave.
Chattanooga, TN 37402

W. Dee Miles, Esq.
John Thomlinson, Esq.
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36103

**ATTORNEYS FOR PLAINTIFF
ANTHONY E. GOOCH**

3

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 6th day of August, 2009 a copy of the foregoing was filed electronically using this Court's electronic filing system. Notice of this filing is due to be served by operation of the Court's electronic filing system to the following parties indicated on the electronic filing receipt as participants in the Court's electronic filing system:

Thomas H. Dundon, Esq.
A. Scott Ross, Esq.
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN  37219

Markham R. Leventhal, Esq.
Julianna Thomas McCabe, Esq.
Jason Patrick Kairalla, Esq.
Irma Reboso Solares, Esq.
Jorden Burt LLP
777 Brickell Avenue, Suite 500
Miami, FL  33131

/s/ *Thomas O. Sinclair*
Of Counsel

4