IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ANTHONY E. GOOCH, Individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | NO. 1:07-0016<br>JUDGE HAYNES |
| v. | ) ) ) | |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA and AEGON USA, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

As the issues in the pending motions appear to be before the Sixth Circuit Court of Appeals, all pending motions (Docket Entry Nos. 238, 263, 268, 328, and 356) in this action are **DENIED without prejudice** to renew upon the Sixth Circuit's disposition of the Defendants' appeal. This action is **ADMINISTRATIVELY CLOSED**, but may be reopened by motion of either party upon completion of the appeal.

It is so **ORDERED**.

**ENTERED** this the 19th day of October, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge