# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| ANTHONY E. GOOCH, Individually and on behalf of all similarly situated individuals, | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 1:07-cv-00016 |
| v. | ) ) Judge Haynes |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA; and AEGON USA, INC., | ) ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action hereby jointly stipulate and agree to the dismissal of this action with prejudice, with all parties to bear their own attorneys' fees and costs.

Respectfully submitted,

COUNSEL FOR PLAINTIFF:

/s/ M. Clayborn Williams
Thomas O. Sinclair
M. Clayborn Williams
Sinclair Williams, LLC
2100-A Southbridge Parkway, Suite 336
Birmingham, AL 35209
Tel: (205) 868-0818

COUNSEL FOR DEFENDANTS:

/s/ Markham R. Leventhal
Markham R. Leventhal
Julianna Thomas McCabe
JORDEN BURT LLP
777 Brickell Avenue, Suite 500
Miami, FL 33131
Tel: (305) 371-2600

W. Daniel "Dee" Miles III
BEASLEY ALLEN CROW METHVIN
  PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL  36103
Tel:  (334) 269-2343

Eric L. Buchanan
Eric Buchanan & Associates
414 McCallie Avenue
Chattanooga, TN  37402
Tel:  (423) 634-2506

*Attorneys for Plaintiff*

Thomas H. Dundon (No. 004539)
A. Scott Ross (No. 015634)
NEAL & HARWELL, PLC
150 Fourth Avenue, North
Suite 2000
Nashville, TN  37219
Tel:  (615) 244-1713

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day filed the foregoing Joint Stipulation of Dismissal with Prejudice with the Clerk of the Court using the Court's ECF System, which caused a copy to be served upon all counsel of record.

    SO CERTIFIED this 26th day of June, 2012.

                                              /s/ Markham R. Leventhal

2

Case 1:07-cv-00016   Document 449   Filed 06/26/12   Page 2 of 2 PageID #: 14304