IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ANTHONY E. GOOCH, Individually and on behalf of all similarly situated individuals, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 1:07-cv-00016 |
| v. ) ) | Judge Haynes |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA; and AEGON USA, INC., ) ) ) ) | |
| Defendants. ) | |

## FINAL ORDER AND JUDGMENT

This matter having come before the Court pursuant to the parties Joint Stipulation of Dismissal with Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court being informed that the parties have agreed to this final order and judgment,

IT IS HEREBY ORDERED AND ADJUDGED that this action, including all claims and counterclaims alleged herein, is dismissed in its entirety with prejudice, with each party to bear its own costs, expenses and attorney's fees.

It is so ORDERED this 27th day of June, 2012

WILLIAM J. HAYNES, JR.
United States District Court